## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FOXMEYER CORPORATION, | ) | Case Nos. 96-1329 (MBM) |
| FOXMEYER DRUG COMPANY, | ) | through 96-1334 (MBM) |
| HEALTHCARE TRANSPORTATION | ) | |
|  SYSTEM, INC., | ) | (Jointly Administered) |
| MERCHANDISE COORDINATOR SERVICES | ) | |
|  CORPORATION, | ) | Chapter 7 |
| FOXMEYER SOFTWARE, INC., | ) | |
| HEALTH MART, INC., | ) | **Objection Deadline: 11/15/04** |
| | ) | **Hearing Date: 11/18/04 @ 2:30 p.m.** |
| Debtors. | ) | **Reference Docket No. 3312** |

### NOTICE OF AMENDED MOTION

Bart A. Brown, Jr., the Chapter 7 Trustee of the FoxMeyer Estates, by and through his counsel, has filed the *Amended Motion of Bart A. Brown, Jr., Chapter 7 Trustee to Pay Unclaimed Funds to the United States Trustee for the Benefit of Missing Claimants* (the "Motion") seeking to clarify his request to turnover unclaimed distribution funds to the U.S. Trustee.

You are required to file a response to the motion on or before **November 15, 2004.**

At the same time you must also serve a copy of the response upon the following counsel:

David M. Friedman, Esquire
Howard W. Schub, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Stephen W. Spence, Esquire
John C. Phillips, Jr., Esquire
Joseph J. Farnan, III, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE M. BRUCE McCULLOUGH IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, USX TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA 15219 ON **NOVEMBER 18, 2004 AT 2:30 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE SETTLEMENT MOTION WITHOUT FURTHER NOTICE OR HEARING.

KASOWITZ, BENSON, TORRES
   & FRIEDMAN LLP
DAVID M. FRIEDMAN, ESQUIRE
HOWARD W. SCHUB, ESQUIRE
1633 Broadway
New York, New York 10019
(212) 506-1700

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
STEPHEN W. SPENCE, ESQUIRE (#2033)
JOSEPH J. FARNAN, III, ESQUIRE (#3945)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200

Date:   November 3, 2004

Co-counsel to Bart A. Brown, Jr.,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: )
     )
FOXMEYER CORPORATION, )   Case Nos. 96-1329 (MBM)
FOXMEYER DRUG COMPANY, )   through 96-1334 (MBM)
HEALTHCARE TRANSPORTATION )
 SYSTEM, INC., )   (Jointly Administered)
MERCHANDISE COORDINATOR SERVICES )
 CORPORATION, )   Chapter 7
FOXMEYER SOFTWARE, INC., )
HEALTH MART, INC., )   **Objection Deadline: 11/15/04**
 )   **Hearing Date: 11/18/04 @ 2:30 p.m.**
     Debtors. )

## AMENDED MOTION OF BART A. BROWN, JR., CHAPTER 7
## TRUSTEE TO PAY UNCLAIMED FUNDS TO THE UNITED STATES
## TRUSTEE FOR THE BENEFIT OF MISSING CLAIMANTS

Bart Brown, Esquire, Chapter 7 Trustee ("Trustee") of the within estate, by and through

his undersigned counsel, respectfully applies to this Honorable Court for an Order under 11

U.S.C. Section 347 to pay unclaimed funds to the United States Trustee for the benefit of missing

Claimants (the "Motion"). In support if this Motion, the Trustee states the following:

    1.     The Trustee has received Proofs of Claims from 320 Claimants for which the

Claimant can not be found. Previously, the Trustee attempted reach each claimant and has been

unable to do so. In some cases, checks were issued which were not negotiated by the Claimant.

Accordingly, the Trustee has voided those checks.

    2.     The total of the claims is $2,278,441.00. The unclaimed funds for which the

Trustee requests permission to pay to the United States Trustee for the Claimants' benefit is the

distribution that each Claimant would be entitled to receive on its pro rata share of the

unclaimed funds based upon the distribution level approved by the Court for holders of allowed

unsecured claims. Under the Trustee's Motion to Increase the Distribution amount, that amount

is approximately 64.4% of the allowed claim. The Claimants and the total amount of their allowed claim, are listed on Exhibit "A", attached hereto.

3.    The Trustee, by this Motion, is attempting once agan to reach each Claimant through their last known address. Attached as Exhibit "B" to this Motion is a Supplemental Information form which the Trustee has required to be completed by all Claimants prior to distribution. Any Claimant appearing in Exhibit A, receiving this Motion is requested to complete the Supplemental Information form and return it to the Chapter 7 Trustee on or before December 31, 2004.

4.    Thereafter, the Chapter 7 Trustee will file a report with the Court providing the information on which Claimants have been found and have received their pro rata distribution on account of their allowed claim. The report shall also contain the last known address for the Claimants which remain unfound and the allowed amount of their claim. The report shall also set forth the amount of unclaimed funds which shall be remitted to the U.S. Trustee.

5.    The Chapter 7 Trustee shall then remit the remaining funds to the Office of the U.S. Trustee for the benefit of the Claimants.

6.    The Office of the U.S. Trustee Office shall hold and/or distribute the funds for the benefit of the Claimants until June 30, 2005, and thereafter deposit such remaining funds with the Court in accordance with applicable bankruptcy law.

WHEREFORE, the Trustees respectfully requests that this Court enter an Order (i) granting the Trustee's request for a deadline of December 31, 2004 for Claimants to contact the Trustee and complete the Supplemental Information form, (ii) granting the Trustee permission to pay to the United States Trustee, for the benefit of the referenced Claimants listed on Exhibit A, the distribution that each Claimant would be entitled to receive on account of its pro rata share of

the unclaimed funds based upon the distribution level approved by the Court for holders of

allowed unsecured claims, if no Supplemental Information form is received by the Chapter 7

Trustee on or before December 31, 2004, and (iii) providing that the Office of the U.S. Trustee

shall hold and/or distribute the funds for the benefit of the Claimants until June 30, 2005, and

thereafter deposit such remaining funds with the Court in accordance with applicable bankruptcy

law.

KASOWITZ, BENSON, TORRES
    & FRIEDMAN LLP
DAVID M. FRIEDMAN, ESQUIRE
HOWARD W. SCHUB, ESQUIRE
1633 Broadway
New York, New York 10019
(212) 506-1700

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
STEPHEN W. SPENCE, ESQUIRE (#2033)
JOSEPH J. FARNAN, III, ESQUIRE (#3945)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200

Date: November 3, 2004

Co-counsel to Bart A. Brown, Jr.,
Chapter 7 Trustee

# EXHIBIT A

| Fox ID | Vendor | Claim Amount | Name | Address1 | CSZ |
|---|---|---|---|---|---|
| 102846 | Moore Group Service Bvba | $250,929 John Chilcott | 1100 Main Street | Buffalo, NY 14209 |
| 10713 | Baxo Drug Center inc | P.O. BOX 746453 | CAGUAS, PR 00726 |
| 17680 | Chiron Therapeutics | $133,004 Adam Lewis | 425 Market Street | San Francisco, CA 94105 |
| 805-658 | TU Electronic | $64,217 Chief Financial Officer | P.O. BOX 660100 | DALLAS, TX 75266 |
| AC193 | Acme Frame, An American | $62,148 Norman R. Comiskey | One American Road | Cleveland, OH 44144 |
| 101450 | Inwood Labs Inc | $60,978 Chief Financial Officer | 500 Commack Rd | Commack, NY 11725 |
| 704457 | Bay Networks | $49,276 Dave Rynne | 2465 Mission College Blvd. | Santa Clara, CA 95054-1214 |
| 101342 | Us Bioscience, inc | $42,628 Chief Financial Officer | 35 W Watkins Mill RD | Gaithersburg, MD 20878-4021 |
| 100668 | Alberto Culver Co | $42,137 Karen Brifferato | 1220 Market Street, P.O. Box 2207 | Wilmington, DE 19899 |
| 10354 | Reckitt & Colman | $41,387 Gerald Stepien | 1655 Valley Road | Wayne, NJ 07474 |
| POC156 | Elmer's Financial Officer | $38,216 Chief Financial Officer | PO BOX 951101 | DALLAS, TX 75395 |
| 100688 | Corning Consumer Products Co. | $26,527 James W. Wheat | MP-AY-02 | CORNING, NY 14831 |
| 104072 | Pentech International Inc. | $33,990 Chief Financial Officer | 195 CARTER DR. | EDISON, NJ 08817 |
| 100017 | Megas Beauty Care Inc. | $32,659 Chief Financial Officer | ROUTE 612 | VERONA, VA 24782 |
| POC363 | Nems Christmas | $31,682 Rich Bodenheimer | 450 E. DEVON AVE. ; SUITE 300 | ITASCA, IL 60143 |
| 701198 | Data Documents | $29,813 Rich Egan | 4205 S. 96th Street | Omaha, NE 61827 |
| 802489 | Qualex, Inc. | $29,631 Nancy Williams | 3404 N. DUKE STREET | DURHAM, NC 27704 |
| 36240 | Gendrem Health Care | $29,482 Mark Prygocki | 4343 Camelback Rd. | Phoenix, AZ 85018 |
| 109501 | Panama Jack | $28,505 Frank Gelinas | 4501 S.W. 34th Street | Orlando, FL 32811 |
| 900002 | Anacomp | $26,173 Don Biles | 6821 Hillsdale Ct | indianapolis, IN 46250-2039 |
| 701482 | GE Information Services | $26,138 Pat McVey | 426 W. Lancaster | Devon, PA 19333 |
| 705948 | US Cargo & Courier | $25,092 Lynn Smith | P.O. Box 2948 | Columbus, OH 43216 |
| 42140 | Dow Hickam Pharm, Inc | $25,050 Bill Richardson | P.O. BOX 200144 | HOUSTON, TX 77216 |
| 801908 | Corporate Computer Solutions | $24,661 Chief Financial Officer | 830 CENTRAL PKWY E #300 | PLANO, TX 75074 |
| 100403 | Borders Chemical | $23,970 Chief Financial Officer | 12777 Jones Rd #255 | HOUSTON, TX 77070-4689 |
| 101374 | Lamuar | $23,970 Chief Financial Officer | 5601 EAST RIVER ROAD | FRIDLEY, MN 55432 |
| 101059 | Thompson Medical | $22,360 Steven Rentman, Esq. | 101 Park Avenue | New York, NY 10178 |
| 100103 | Aim Labs | $22,483 Raj Bhutan | 3850 Clearview Ct | Gurnee, IL 60031 |
| LEE64 | Aspagts, Inc. | $22,398 Chief Financial Officer | PO BOX 640231 | PITTSBURGH, PA 15364 |
| 102103 | National Paper & Pkging | $20,907 Robert Folland | 3900 Key Center, 127 Public Square | Cleveland, OH 44114-1216 |
| 702922 | Triad Data | $20,000 Robert Fischer | 515 Madison Avenue, Suite 1810 | New York, NY 10022 |
| | | | 2200 Ross Avenue, | |
| 701947 | Locke Purnell Rain Harrell | $19,398 Dick Woodmansee | Suite #2200 | Dallas, TX 75201-6776 |
| 10155 | Sunsource International Inc. | $17,934 Chief Financial Officer | C/O 1ST SOUTHERN BANK, 9955 GLADES ROAD | BOCA RATON, FL 33434 |
| KI206 | First Years, Inc. | $17,627 American Credit Indemnity as Agent | 100 E. Pratt Street; 5th Floor | Baltimore, MD 21202 |
| | | | 51 Sawyer Road, Suite 200, c/o Inverness Medical | |
| 16069 | Can-Am Care Corp | $17,557 Paul Hempel | Technology, Inc. | Waltham, MA 02453-3448 |
| 704306 | Welech-Waymar Co., Inc. | $15,715 Eugene Bactule | 134 Maple Leaf CT | Glassboro, NJ 08028 |
| 700017 | ABF Freight System, Inc. | $14,697 Chief Financial Officer | P.O. BOX 10048 | FORT SMITH, AR 72917 |
| 09900 | Alk Laboratories | $14,159 Bill Raffone | 27 Village Lane | Wallingford, CT 06492 |
| 100608 | Remington | $13,947 Frank O'neil | DEPT 725 | CINCINNATI, OH 45269 |
| POC117 | Credlor's Staffing Service, | $13,848 Chief Financial Officer | 14643 Dallas Parkway, Suite 920 | Dallas, TX 75240 |
| POC359 | New Land N Sales & Marketing | $12,538 Chief Financial Officer | PO BOX 509 ; 1663 REPUBLIC ROAD | HUNTINGDON VALLEY, PA 19006 |
| 704569 | Data Connection inc | $11,928 David Crystal | 903 N. Bowser, Ste 200 | Richardson, TX 75081 |
| 103706 | Imed Corporation | $11,519 Chief Financial Officer | P.O. BOX 100226 | ATLANTA, GA 30384 |
| GZ609 | Geo Zoltan Lefton Co. | $10,362 Chief Financial Officer | 3622 S. MORGAN STREET | CHICAGO, IL 60609 |
| 103245 | Walker Corp. | $9,808 Chief Financial Officer | 100 AIRPORT RD BLDG 1 | ELKTON, MD 21922 |
| PA416 | Palm Beach Beauty Products | $8,918 C A Johnson | 950 XENIA AVE SO | MINNEAPOLIS, MN 55416 |
| 104089 | Singer Retail Mktg Services | $8,826 Chief Financial Officer | 4200 FULTON INDUSTRIAL BLVD. | ATLANTA, GA 30336 |
| 704567 | Dow Jones Info Services | $8,739 Nancy Ruffner | 84 2nd Ave. | Chicopee, MA 01020 |
| 703436 | Pitney Bowes-Ky | $8,542 Murray Reichenstein | 1 Elm Crest Road | Stanford, CT 06926-0700 |
| 703700 | Principal Mutual Life Insurance | $8,441 Mike Gershie | 711 High St. | Des Moines, IA 50392 |
| 702331 | New Courier, Inc | $8,337 Robert Halklord | 95 Washington St. | Foxboro, MA 02035 |

| ID | Company | Amount / Contact | Address | City, State ZIP |
|---|---|---|---|---|
| 10759 | Signature Corporation | $8,345 Chief Financial Officer | 3001-F LINCOLN DRIVE WEST | MARLTON, NJ 08053 |
| 701106 | Viking Freight, Inc. | $8,311 Al McEluskey | 64-H Guadalupe Mines Rd | San Jose, CA 95136-9002 |
| 10351 | Fox Run Craftsmen | $7,782 Chief Financial Officer | 1027 Boyd Rd | IVYLAND, PA 18974 |
| 10110 | Genesis Produce | $7,727 Chief Financial Officer | P.O. BOX 3727 1907 STOUT DRIVE |  |
|  |  | $7,659 Chief Financial Officer | 560 SYLVAN AVE | ENGLEWOOD CLIFF, NJ 07632 |
| R4284 | Ralston Purina Company | $7,510 Chief Financial Officer | 2B CHECKERBOARD SQUARE | ST. LOUIS, MO 63164 |
| WN673 | Wm. Wrigley Jr. Co. | $7,439 Steve Esguro | 410 NORTH MICHIGAN AVENUE | CHICAGO, IL 60611 |
| 900031 | Uarco | $7,330 Alan J. Schneider | 700 WEST MAIN STREET | BARRINGTON, IL 60010 |
| 101262 | Sunbeam | $7,304 Russel Kersh | 1615 S. Congress Avenue, Suite 200 | Delray Beach, FL 33445 |
| 10748 | Opava Corporation | $7,280 American Credit Indemnity as Agent | 100 E. PRATT STREET, 5TH FLOOR | BALTIMORE, MD 21202 |
| 10381 | Vanstar | $7,235 Chief Financial Officer | PO Box 7777-W4310 | Philadelphia, PA 19175-4310 |
| 104041 | Nexstar Pharmaceuticals, I | $6,989 Tommy Ho | 787 Seventh Avenue | New York, NY 10019-6099 |
| 10561 | Rayovac Corporation | $6,886 Chief Financial Officer | 601 RAYOVAC DRIVE | MADISON, WI 53711 |
| 800282 | Anixter, Inc. | $6,724 Traci Fiorio | 4711 Golf Road | Skokie, IL 60076 |
| 700982 | Ceridian | $6,531 Judy Ekberg | 7200 Wisconsin Ave; Suite 710 | Bethesda, MD 20814 |
| GT694 | General Time Corporation | $6,476 Christopher D Mazur | 520 Gutbridge Ct. | Norcross, GA 30092-3503 |
| POC153 | El Enterprises | $6,137 Chief Financial Officer | 15738 Valley Blvd. | City of Industry, CA 91744-3927 |
| 103146 | Ultracare, Inc. | $5,927 Chief Financial Officer | Ralph Esterman 58 Norfolk Ave | S. Easton, MA 02375 |
| 704371 | Federal Express Corpration | $5,873 Charlene Davis | 221 Delaware Avenue, 9th Floor., P.O. Box 25130 | Wilmington, DE 19801 |
| 703258 | Manpower International Inc. | $5,800 Marty Kline | 1801 Market St., Ste. 615 | Philadelphia, PA 19103 |
| 702893 | Trans-General Service Co | $5,690 Jerry Mullen | P.O. Box 335061 | Pittsburgh, PA 15253 |
| 101146 | Gentrex Corp | $5,643 Edward Sperling | 2 East Sandford Blvd. | Mount Vernon, NY 10550 |
| 102040 | Monarch Marking Systems, Inc. | $5,403 Chief Financial Officer | ATTN: PAULA HENRY P.O. BOX 608 |  |
| 100419 | Med-Dram, Inc | $5,392 Don Kilday | P.O. Box 5193 | Kingsport, TN 37663 |
| 704634 | Corestaff Staffing Service | $5,059 Leon Rhodes | 8300 FM 1960 West, Suite 250 | Houston, TX 77070 |
| 102335 | Pentel Of America Ltd. | $5,050 | 2805 Columbia | Torrence, CA 90509 |
| 102327 | Pedinol Pharmacal, Inc | $5,020 Bonnie Pollock | 190 Willis Ave | Mineola, NY 11501 |
| 101573 | Neuman Distributors, Inc | $5,000 Phil Piscopo | 250 Moonachie Rd | Moonachie, NJ 07074 |
| 704712 | On Track | $4,991 Chief Financial Officer | 6321 BURY DOVE SUITE 13-21 | EDEN PRAIRIE, MN 55346 |
| 700829 | Automotive Rentals | $4,951 Dan Willard | 9000 Middanne Drive | Mt. Laurel, NJ 08054 |
| 702892 | Trane Chicago Service | $4,851 Mike Gegoria | 235 Fred Lane | Hillside, IL 60162 |
| SA072 | Sarah Michaels | $4,832 Chief Financial Officer | PO BOX 459 | STOUGHTON, MA 02072 |
| POC237 | Inland Paperboard & Packaging | $4,810 Steve Rutledge | 4030 Vincennes Road | Indianapolis, IN 46268 |
| 701481 | GE Capital Modular Space | $4,725 Pat McVey | 426 W. Lancastar | Devon, PA 19333 |
| 103935 | Pro Med Pharm Supplies | $4,625 Chief Financial Officer | 2345 ACADEMY PLACE, SUITE 111 | COLORADO SPRINGS, CO 80909 |
| 704326 | Jani-King/CoSt, Lmus | $4,417 Jane Taylor | 4535 Sunbelt Dr. | Addison, TX 75001-5204 |
| FIT78 | Fiskars Inc | $4,309 Chief Financial Officer | POWER SENTRY DIVISION DRAWER NO 726 | MILWAUKEE, WI 53728 |
| 704515 | Legal Source Connections | $4,115 Ray McDaniels | c/o Special Counsel-Ameras Signature Center #425,1900 Church St. | Nashville, TN 37203 |
| 103963 | Scout Paper Company | $4,049 Jim Oberstein | c/o Kimberly Clark, 520 W. Summit Hill Dr. | Knoxville, TN 37902 |
| 101214 | Guardian Products, Inc | $3,933 Mary Kay Sheeler | c/o SunMed Products, 100 DeVilbiss Dr. | Somerset, PA 15501-0635 |
| POC354 | NCR Corporation | $3,824 Chief Financial Officer | fka AT&T GLOBAL INFO. SOLUTIONS ; P.O BOX 365 | DAYTON, OH 45409 |
| 804733 | Prime Industrial | $3,782 Chief Financial Officer | 710 N. Mains Ave | Champaign, IL 61821-2450 |
| 102105 | American White Cross Inc. | $3,710 John Lefebvre | 349 Lake Rd | Dayville, CT 06241 |
| 704736 | JWI (Jeffrey Waters) | $3,649 C. Mandryk | 607 Grimsworth Ct | Allen, TX 75002 |
| 703998 | Waste Management, Inc | $3,580 Don Chappel | 3003 Butterfield Rd. | Oak Brook, IL 60523 |
| 101343 | Hirsch Industries, Inc. | $3,570 Chief Financial Officer | 4912 W BROAD STREET | RICHMOND, VA 23230 |
| 804199 | Napaxs | $3,434 Chief Financial Officer | 710 NORTH WATSON | ARLINGTON, TX 76011 |
| HA010 | Happiness Express Inc. | $3,288 Chief Financial Officer | 1107 Broadway, RM 1310 | New York, NY 10010 |
| Snyder1 | Clown Alley | $3,287 Chief Financial Officer | 5612 Carthage Avenue | Cincinnati, OH 45212 |
| OC265 | O-Cedar Vining | $3,235 Chief Financial Officer | HOUSEHOLD PRODUCTS CO DEPT 805 | COLUMBUS, OH 43265 |
| 102429 | Polar Water | $3,173 Joe Zenon | 45 W. Nobbstown Road | Carnegie, PA 15106 |
| 102219 | Optmexx | $3,109 Paula Horny | P.O. Box 3378 | Torrance, CA 90510 |
| 703069 | Worldmark Group, inc | $3,038 Richard Houser | P.O. Box 803555 | Dallas, TX 75350 |

| ID | Company | Amount / Title | Address |
|---|---|---|---|
| 701865 | La Cima Club | $3,017 Marquam Marrow | 5215 N. O'Connor Rd. — Irving, TX. 75039 |
| 808755 | Emtec Information Services, Inc. | $2,973 Chief Financial Officer | 60 Shawmut Road — Canton, MA. 02021 |
| 702229 | Northwestern National | $2,789 Chief Financial Officer | c/o RelaiStar Financial Corp., 20 S. Washington Ave. — Minneapolis, MN. 55401-1900 |
| 800607 | Southwestern Bell | $2,778 Chief Financial Officer | 405 N. BROADWAY, ROOM 710-B — OKLAHOMA CITY, OK. 73102 |
| 703995 | Ablest Service Corp | $2,764 Mark Kastraman | 45 Anderson Rd. — Cheektowaga, NY. 14225 |
| 102605 | Carne International, Inc. | $2,697 Chief Financial Officer | 620 Airpark Rd — Napa, CA. 94558 |
| 101191 | Granutec, Inc. | $2,691 Chief Financial Officer | 4409 NW AIRPORT DRIVE — WILSON, NC. 27896 |
| 102903 | Changal/Stanson Marketing Inc. | $2,699 Chief Financial Officer | %STANSON MARKETING, INC., 2045 MARIPOSA AVENUE — EL SEGUNDO, CA. 90245 |
| Snyder8 | McCormick | $2,642 Annette Schoostertien | 18 Loveton Circle — Sparks, MD 21152 |
| 700132 | Yellow Freight System, Inc. | $2,623 Corporate Legal Collections | P.O. BOX 7929 — OVERLAND PARK, KS 66207 |
| ST212 | Stock USA LP | $2,583 Chief Financial Officer | BOX 70198 — CHICAGO, IL 60673 |
| 103678 | Salters, Inc. | $2,531 Jerry Cozad | P.O. BOX 28 Herzeus Plaza — ROUND LAKE, MN 56167 |
| 703491 | Potter Anderson & Carnon | $2,506 Laurie Silversten | P.O. Box 451 — Wilmington, DE 19801 |
| 800243 | P G & E | $2,471 Chief Financial Officer | P.O. Box 8329 — Stockton, CA. 95208 |
| 102770 | Benevra | $2,409 Chief Financial Officer | 5200 Old Orchard Road — Skokie, IL 60077 |
| 701442 | Frick Company | $2,389 Michael Moore | P.O. Box 283 — St. Louis, MO 63166 |
| 104003 | Prince Of Peace Enterprises | $2,381 Chief Financial Officer | 13120 Spring St., CA 91706-2283 |
| 701490 | Georgia-Pacific Corporation | $2,364 Robert Hollis | 2871 W. Service Rd — Eagan, MN 55121-1228 |
| 700038 | Business World | $2,387 Jerry Cursile | P.O. Box 34165 — Little Rock, AR 72203 |
| 103869H | Medicine Shoppe Intl | $2,221 | C/O C.L. PHARMACAL, INC., P.O. BOX 55 — SUNSET, MA 04683 |
| RC117 | Rc International | $2,217 Chief Financial Officer | 11221 I STREET — OMAHA, NE 68137 |
| 103897 | Excelsior Medical Corp. | $2,215 Chief Financial Officer | P.O. BOX 299 — LONG BRANCH, NJ 07740 |
| 805206 | Southwestern Bell Telephone Co | $2,172 Chief Financial Officer | ONE BELL PLAZA, ROOM 1920; P.O. BOX 655521 — DALLAS, TX 75202 |
| 704443 | Hi-Lo Marketing & Promotions | $2,158 Greg Kibrea | 3800 W. Trusty Ave — Niles, IL 60714 |
| 10321 | Wakefield Pharmaceutical | $2,133 Chief Financial Officer | 1050 CAMBRIDGE SQ, STE C — ALPHARETTA, GA 30201 |
| JA150 | Jasco Products | $2,086 Linda Magid | 311 NW 122nd St. — Oklahoma City, OK 73114-7318 |
| 704350 | Hannessmann Tally Corporation | $2,049 Chief Financial Officer | 890 E. Higgins Rd — Schaumburg, IL 60173-4799 |
| 900010 | Entire Computer Supply | $2,000 Chief Financial Officer | 8500W. 95th St. — OVERLAND PARK, KS 66212-3219 |
| 38120 | Graham Field | $1,999 Chief Financial Officer | 100 Spence ST. — Bay Shore, NY 11706-2231 |
| NR277 | Mr. Coffee Incorporated | $1,994 Chief Financial Officer | DEPT. 600-0634; P.O. BOX 94020 — PALATINE, IL 60094 |
| 700183 | Bronco Hi-Lift, Inc | $1,944 Lance Stevens | 12600 E. 38th Avenue — Denver, CO 80239 |
| 803298 | MCI Telecommunications | $1,908 Theresa Lyes | 100 SOUTH FOURTH STREET;, 4TH FLOOR — ST. LOUIS, MO 63102 |
| AC670 | ACG Green Group | $1,884 Chief Financial Officer | 9770 BELL RANCH DRIVE — SANTA FE SPRING, CA. 90670 |
| 700321 | Ricoh Corporation | $1,842 John Langeb | 5 Dedriek Place — West Caldwell, NJ 07006 |
| 704465 | Macro Computer Products, Inc | $1,838 Chief Financial Officer | P.O. Box 73183 — Detroit, MI 48277 |
| 703857 | BMC Software, Inc | $1,814 Bill Austin | 2101 City West Blvd — Houston, TX 77042 |
| 103621 | Dupat Pharmaceuticals | $1,810 Chief Financial Officer | 5040 LINBAR DR STE 102 — NASHVILLE, TN 37211 |
| FA309 | Fast Industries | $1,804 Chief Financial Officer | 1850 NW 49th St. — FT LAUDERDALE, FL 33309-3004 |
| PA188 | Packer Plastics | $1,795 Chief Financial Officer | P.O. BOX 412536 — KANSAS CITY, MO 64141 |
| 809030 | Mills Morris Business Products | $1,775 Chief Financial Officer | PO BOX 18867 — MEMPHIS, TN 38181 |
| 10374 | Florida Medical Industry | $1,731 Wayne Freeze | P.O. Box 493000 — Leesburg, FL 34749 |
| FE690 | Ferrara Pan Candy Company | $1,682 Chief Financial Officer | C/O ROSMAN ADJUSTMENT CORP. , P.O. BOX 1247 — NORTHBROOK, IL 60065 |
| 102589 | Requa Inc. | $1,669 Jay Gelis | P.O. Box 4008 — Greenwich, CT 06830 |
| 700573 | Admiral Air Express | $1,566 Chief Financial Officer | P.O. Box 66725 — Chicago, IL 60666 |
| 801124 | American Express Travel | $1,523 Chief Financial Officer | 4315 S. 2700 West — Salt Lake City, UT 84184 |
| AM265 | Amoco Foam Products Co. | $1,487 Chief Financial Officer | c/o Temecon Packaging; 777 Wheeling Road — Wheeling, IL 60090 |
| 704566 | Dow Jones Financial News Wires | $1,460 Janet Schwartz | P.O. Box 300 — Princeton, NJ 08543-0300 |
| 704851 | Brown, Susan R. | $1,423 Susan Brown | ARBITRATION AND MEDIATION; 33 FAIR STREET — NEWBURYPORT, MA 01950 |
| 809791 | Gulf Systems Inc | $1,387 Chief Financial Officer | PO BOX 201693 — HOUSTON, TX. 77216 |

| Account | Company | Amount | Contact / Title | Address | City, State ZIP |
|---|---|---|---|---|---|
| 703490 | A Copy, Inc | $1,372 | Shiela Quirk | c/o Ikon Office Solutions, 755 Winding Brook Drive, P.O. Box 30069 | Glastonbury, CT 06033 |
| 700374 | Web Equipment Co, Inc | $1,349 | Randy Kingsbury | 458 Notre St. | Denver, CO 80239 |
| 103938 | Mothers Little Miracle | $1,344 | Chief Financial Officer | 930 INDIAN PEAK ROAD : SUITE 215 | Rolling Hills ESTATE, CA 90274 |
| POC023 | Anster Gifts, Inc | $1,326 | American Credit Indemnity as Agent | 100 E. Pratt Street; 5th Floor | Baltimore, MD 21202 |
| 700947 | Carey Limo DC Inc | $1,319 | Kai Herbert | 1610 Mount Vernon Avenue | Alexandria, VA 22301 |
| 101297 | Health Care Prod/Hi-Tech | $1,317 | Chief Financial Officer | 369 BAYVIEW AVENUE | AMITYVILLE, NY 11701 |
| 703257 | Accurate Medical Express | $1,301 | Dwight Hicks | P.O. Box 6902 | Richmond, VA 23230 |
| M1621 | Micro Pen Of U.S.A., inc. | $1,285 | Chief Financial Officer | 7340 Melrose Street | Buena Park, CA 90621 |
| QU269 | Queen City Group, Inc. | $1,258 | Chief Financial Officer | 11802 Conrey Rd #200 | CINCINNATI, OH 45249-1075 |
| POC062 | Burgess, Bette L. | $1,211 | Bette Burgess | 240 M ST, SW; #E-510 | Washington, DC 20024 |
| 703358 | Tecnsys Computer Associates | $1,200 | Robert Chadwell | 2777 N Stemmons Freeway 1810 | Dallas, TX 75207 |
| 102141 | Nice-Pak Products, Inc. | $1,191 | Chief Financial Officer | TWO NICE PAK PARK | ORANGEBURG, NY 10962 |
| CO197 | Comet Adhesion Ltd. | $1,191 | American Credit Indemnity as Agent | 100 East Pratt Street; 5th Floor | Baltimore, MD 21202 |
| 800593 | Safeguard Business Systems | $1,100 | D & B Bankruptcy Services | P.O. BOX 5126 | TIMONIUM, MD 21094 |
| 801050 | Air Touch Cellular | $1,050 | Financial Services | 3349 Michaelson Dr.#100 | Irvine, CA 92715 |
| 700945 | Carey Limo Ny inc | $1,042 | Rick Anderson | 27-10 49th Avenue | Long Island City, NY 11101 |
| 703947 | Southland Waste Systems | $1,028 | Alan Harrison | 8619 Western Way | Birmingham, Al 32256 |
| 102208 | Omegacaps Ltd. | $1,024 | Chief Financial Officer | 9700 WATSON RD. #520 | CRESTWOOD, MO 63126 |
| 701298 | Eckert Fire Protection, Inc | $1,020 | Donald Eckert | 11815 Hwy. Dr., Ste. 600 | Cincinnati, Oh 45241 |
| WES40 | Westwood International | $1,020 | Chief Financial Officer | PO BOX 5018 | HAYWOOD, CA 94540 |
| 103357 | Woodcor America, Inc. | $999 | Cedar America | 1029 DUBLIN ROAD | COLUMBUS, OH 43215 |
| 102167 | Northern Labs | $983 | Robert Bonk | P.O. Box 850 | Manitowoc, WI 54221 |
| 704445 | Slurp Personnel Services | $971 | Jeff Smith | 1938 N. Woodlawn, Ste. 210 | Wichita, Ks 67208 |
| 704037 | Waste Managment - WMAC | $966 | Mary Evans | 172 98th Avenue | Oakland, CA 94603 |
| 801327 | Bell Atlantic Nynex Mobile | $951 | Chief Financial Officer | P.O. BOX 761 | BEDMINSTER, NJ 07921 |
| 102339 | Hy-Tape Surgical Products | $936 | Kimberly C Smith | 773 McLean Avenue | Yonkers, NY 10704 |
| 700499 | Voss Lighting | $934 | Rick Elfand | 1001 ENTERPRISE AVE #3 | OKLAHOMA CITY, OK 73128 |
| POC309 | McKone Products, Inc. | $932 | Chief Financial Officer | 1560 E. ELEVEN MILE ROAD | MADISON HEIGHTS, MI 48071 |
| M026 | Carol Stream Petroleum | $907 | Chief Financial Officer | PO BOX 708 | MENTO PARK, CA 94026 |
| 805568 | Utah Power And Light | $901 | Chief Financial Officer | 381 E. ST. CHARLES RD | CAROL STREAM, CA 60188 |
| 800248 | Breckenridge Pharmaceutical | $869 | Chief Financial Officer | 40 EAST 100 SOUTH | SALT LAKE CITY, UT 84111 |
| 100425 | Denson Pharmaceuticals Inc. | $844 | Adam Rumsworth | 1141 S. Rogers Cir. | Boca Raton, FL 33487-2789 |
| 100787 | Interim Technologies | $834 | Chief Financial Officer | P.O. BOX 1305 | PAWTUCKET, RI 02862 |
| 703455 | Spice Market Inc. | $828 | Boo Miana | 9 Pulio Ave. | Lindhurst, NJ 07071 |
| SP238 | C-Klean Industries Inc. | $822 | Chief Financial Officer | 948 Atlantic Ave | BROOKLYN, NY 11238-3101 |
| CK418 | Dze Julie, Inc. | $776 | Maravm L. Jesinoski | P.O. Box 18093 | Minneapolis, MN 55418 |
| DA018 | Vapor Products | $765 | Chief Financial Officer | 1665 E. Birchwood | DES PLAINES, IL 60018 |
| 103200 | GBA Truck Tire Center | $755 | David Heaver | 7701 Southland Blvd | Orlando, FL 22809-6948 |
| 701479 | Respond First Aid Systems | $750 | Chief Financial Officer | 21W438 NORTH AVE. | LOMBARD, IL 60148 |
| 804877 | New Print & Cash & Carry | $734 | Chief Financial Officer | PO BOX 80786 | DUNCANVILLE, TX 75138 |
| 700293 | Goldmarks, Inc. | $719 | Chief Financial Officer | 4602 BLANCO RD. | SAN ANTONIO, TX 78212 |
| GO185 | Laura Paige Candy Co. | $718 | Peter H. Armour | 212A Packet's Court | Williamsburg, VA 23185 |
| LA956 | Work Flow Designs, Inc | $714 | Chief Financial Officer | 124 SOUTH MAIN STREET | NEW CITY, NY 10956 |
| 704333 | Ramr/Dep Corporation | $700 | Greg Graham | 5050 Quorum Dr., Ste. 400 | Dallas, Tx 75240 |
| 102557 | Standard Register | $673 | Chief Financial Officer | P.O. Box 8547 | Grand Rapids, MI 49518 |
| 700347 | A-Action Rental & Sales | $657 | Pete Redding | P.O. Box 1167 | Dayton, Oh 45401-1167 |
| 704773 | Jack's Service Company | $642 | Chief Financial Officer | 639 ROCHESTER ROAD | PITTSBURGH, PA 15237 |
| JA185 | Freeman Cosmetics Corp | $633 | Chief Financial Officer | 4401 SW 23 ST | OKLAHOMA CITY, OK 73108 |
| 101072 | Pal-Pak Inc. | $633 | Brett Saovtzon | 1600 S. Anderson Ave | Compton, CA 90220-5004 |
| 103190 | Computerland | $628 | Chief Financial Officer | i NEW ENGLAND AVENUE | PISCATAWAY, NJ 08855 |
| 701006 | Gallipot, Inc | $612 | Laure Sonstila | 2028 Rose Court | La Crosse, WI 54602 |
| 101093 | Binswanger Glass | $611 | Chief Financial Officer | 2020 SILVER BELL ROAD | ST. PAUL, MN 55122 |
| 700023 | | $600 | Mark Burke | 965 Ridge Lake Blvd., Ste. 300 | Memphis, TN 38120 |

| Code | Company | Contact / Amount | Address | City/State/Zip |
|---|---|---|---|---|
| 704595 | People's Choice Transportation | $599 Jim Vondrede | 5455 E. 52nd Ave. | Commerce City, Co 80217 |
| 80334 | Enron Capital & Trade RESOURCES CORPORATION | $582 Chief Financial Officer | 400 METRO PLACE NORTH | DUBLIN, OH 43017 |
| EZ28 | EZ Gard Industries Inc. | $592 Chief Financial Officer | 5120 CEDAR LAKE ROAD | MINNEAPOLIS, MN 55416 |
| IN515 | Intnational Rotex, Inc. | $577 Chief Financial Officer | c/o Estelle/Roex., 71 Clinton Road | Garden City, NY 11530 |
| 700451 | Page Plus, Inc | $568 John Proctor | 4000 N. Classen, Ste. 108N | MT. LAUREL, NJ 08054 |
| 800853 | Overnl Supply, Inc. | $568 Chief Financial Officer | 823 EAST GATE DR-UNIT #2 | DAYTON, OH 45401 |
| CA401 | Cap Toys Inc | $540 Chief Financial Officer | PO BOX 1825 | CHICAGO, IL 60675 |
| YA675 | Yardley Limited Company | $533 Chief Financial Officer | PO BOX 92020 | Dallas, TX 75266-0362 |
| 700054 | Greyhound Package Express | $522 Pat Cezar | P.O. Box 660362, Mail Station #410 | BAYSHORE NY 11706 |
| 101749 | Lumex. F/W | $522 Chief Financial Officer | 81 SPENCE STREET | Seattle, WA 98111 |
| 703635 | Airborne Express-WA | $498 Aaron Davis | P.O. Box 662 | St. Louis, MO 63116 |
| 701743 | J S Express | $491 Mike Dirammodo | | |
| 10380C | Medicine Shoppe Intl | $490 | C/O NICKLAUS PHARMACY, DBA MEDICINE SHOPPE, DAVID DENNIS, 13938 NANTUCKET AVENUE | PICKERINGTON, OH 43147 |
| 700583 | Avon Box Company | $484 Craig Jarvis | 4225 Steve Runnels Blvd. | Norcross, GA 30093 |
| 838857 | BT Office Products Intl. | $475 Luanne Wilson | P.O. Box 200997 | Arlington, TX 76006 |
| 704261 | Haley Bader & Potts,plc | $452 Cindy Loyd | 4350 N. Fairfax Dr., Ste 900 | Arlington, VA 22203 |
| 703863 | Alamo Wood Recycling | $490 Mark Mery | 130 La Chapelle Dr. | San Antonio, TX 7834 |
| 809006 | Filter Fresh | $422 Chief Financial Officer | 10427 GULFDALE | San Antonio, TX 78216 |
| 101803 | Malow Corporation | $420 Chief Financial Officer | 1835 S. NORDIC RD | MOUNT PROSPECT, IL 60056 |
| 704241 | Acme Business Products | $414 Preston Anderson | c/o Rcon Office Solutions; 1080 Vend Dr | Bogar, GA 30622 |
| 700012 | On Line Solutions, Inc | $413 Jenna Fennell | 10 H St. | San Rafael, CA 94901 |
| 704630 | Pittsburgh-Fayette Express | $413 John Prezzoso | 400 Main St. | Belle Vernon, PA 15012 |
| 808182 | Lone Star Gas Co. | $413 Susan Larea Lasalle | 301 S. Harwood St | Dallas, TX 75201-3711 |
| AL500 | Alex. Lawre Factors Ltd. | $405 Chief Financial Officer | SEABAND UK LTD.; P.O. BOX 100 | OCEANSIDE, CA 92054 |
| DU054 | Dudley Kebow Inc. | $381 Chief Financial Officer | 2603 INDUSTRY STREET;  PO BOX 2290 | LA CROSSE, WI 54603-3136 |
| 704747 | Randall-Graw Co., Inc. | $375 Chief Financial Officer | 1007 Monitor St. | Reading, PA 19603 |
| 701606 | Penske Truck Leasing Co-Tucker, Ga | $372 Frank Cocurza | P.O. Box 563 | Oklahoma City, OK 73112-5638 |
| 704568 | Dispatch Delivery & Storage | $364 RoseMary Flowers | PO Box 25173 | Gadsden, AL 35902 |
| 102773 | Seatrace Co. | $356 Pam Burgess | P.O. Box 163 | Tallahassee, FL 32312 |
| 700043 | Cleveland Consolidated | $350 John Smolansk | 1381 Fulton Industrial Blvd NW | DETROIT, MI 48367 |
| 704677 | Computer Tutors Usa, Corp | $344 Scott Fembaxk | 1242 Timberline Rd. | Irving, TX 75062 |
| RE277 | Resun Partners Inc. | $338 Cynthia Smith | PO BOX 67000;  DEPT 34101 | Akron, OH 44311 |
| 702855 | Texas Stadium Corp | $330 Tom Taayor | 2401 E. Airport Freeway | ST CHARLES, MO 63304 |
| 704386 | Physician Service Network | $320 Chief Financial Officer | 676 S. Broadway; Suite 205 | Berkeley Heights, NJ 07922 |
| 803168 | LCI International/Sicr Telecom | $310 Chief Financial Officer | 146 NEW GRANGE PASS | La Crosse, WI 54601 |
| 809908 | Lucent Technologies, Inc | $300 Brian Allen | One Oak Way | Irving, Tx 75039 |
| 702150 | Moxie's On The River | $290 John Davis | 1835 Rose Street | San Antonio, TX 78201 |
| 704606 | Davis & Neusch, Inc | $288 Gene Pittman | 600 E. Las Calinas Blvd; #2100 | Richmond, VA 23234 |
| 700355 | Texas Lock & Door Closer | $288 Rodney Elmore | 1819 West Avenue | Nashville, TN 37244 |
| 703177 | Commonwealth Exterminators | $288 Chief Financial Officer | PO Box 34742 | Oklahoma City, OK 73107 |
| 103592 | Spontex, Inc | $286 Joe Esco | Drawer Box T5504 | CARMEL, IN 46032 |
| 700437 | Joe Esco Tire Company | $278 Chief Financial Officer | 605 N. Meridian | Oak Brook Terrace, IL 60181 |
| 103827 | Pharm. Corp Of America | $271 Michael Cullinane | 1234R HANCOCK ST | SAN ANTONIO, TX 78238 |
| 702383 | Platinum Technology | $267 Chief Financial Officer | 1875 Myers Rd | OKLAHOMA CITY, OK 73137 |
| 101313 | Henn Pharmaceutical, Inc. | $260 Chief Financial Officer | 7215 ECKHERT RD | Nashville, TN 37203 |
| 800842 | Oklahoma Office System | $259 John Eakin | POB 27035823 N MERIDIAN | MT. LAUREL, NJ 08054 |
| 704444 | Highwoods Eskin & Smith | $239 Chief Financial Officer | 2100 W End Ave., Ste 950 | Little Rock, AR 72209 |
| LU101 | Lux Products Corporation | $236 George French | 60000 COMMERCE PARKWAY | Berwyn, PA 19312 |
| 700049 | F And F Dust Control Svc | $235 Chief Financial Officer | 4523 Hoffman | Denver, CO 80231 |
| 702381 | Tokai Financial Service | $235 Chief Financial Officer | 1055 Westlakes Dr. | |
| 704663 | R & B Lawn And Landscaping | $250 Lee Thomas | 1970 S. Vancis St. | |

| ID | Company | Contact | Address | City / State / Zip |
|---|---|---|---|---|
| 700487 | Black Mountain Spring Water | S344 Shalim Tabrez | 1310 El Camino Real | San Carlos, CA 94070-1310 |
| 704656 | Atlantic Health Group | S349 Perry Bethine | 5650 Fulton Industrial Blvd. | Atlanta, GA 30336 |
| 704455 | Daly Ohlandt Co | S331 Edward Gaylord | PO Box 25115 | Oklahoma City, OK 73125 |
| 101592 | Kirkman Salvox Company | S290 Jim Hall | P.O. Box 1009 | Wilbonville, OR 97070 |
| 700663 | American Stock Exchange | S218 Paul Schnexford | 86 Trinity Place | New York, NY 10006 |
| 104078 | Sammel Service, Inc | S208 Chief Financial Officer | P.O. Box 91746 | Chicago, IL 60693 |
| 800025 | Poly-Vac Company | S208 Chief Financial Officer | 5015 14th Street, SW | Canton, OH 44710 |
| 701706 | Innovaive Office Systems | S204 Chief Financial Officer | 14875 Landmark Blvd. | Dallas, TX 75240 |
| 704256 | Ralph Scherer & Sons, Inc. | S201 Ralph Scherer | 206 Federal St. | Pittsburgh, PA 15212 |
| 704504 | Zephyrhills Spring Water Co. | S201 Chief Financial Officer | 2000 WESTRIDGE DR. | IRVING, TX 75038 |
| 703579 | All Pro Vending Company | S200 Jamie Simmons | 1328 Motor Circle | Dallas, TX 75207 |
| 802543 | Garvey | S199 Chief Financial Officer | 871 REDNA TERRACE | CINCINNATI, OH 45215 |
| 101755 | Luytes Pharmaceutical Co. | S199 Marylm Cothran | P.O. Box 8080 | St. Louis, MO 63156 |
| 100366 | Decounsy Business System (Icon) | S198 Lutae Pallaba | 1220 W. Cambridge Cr | Kansas City, KS 66103 |
| 701640 | Biopractic Group, Inc | S187 Chief Financial Officer | 99 Broad St. | Phillipsburg, NJ 08865 |
| M1322 | Holmes | S186 Chief Financial Officer | 5762 State Hwy 359 | Laredo, TX 78043 |
| 700267 | Mack-Pak, Inc | S185 Chief Financial Officer | 3313 Republic Ave. | St. Louis Park, MN 55426 |
| 702324 | Page Net | S185 Steve Holland | 6614 Maple Ave | Dallas, TX 75235 |
| 704552 | American Red Cross Of Ma | S185 Chief Financial Officer | 15303 Dallas Pkwy | Addison, TX 75001-4677 |
| 800301 | Builders Square | S174 Richard Dashefsky | 430 17th Street N.W. | Washington, DC 20006 |
| 700650 | Allied Printing Inc | S174 Chief Financial Officer | 100 Crossroads Blvd | San Antonio, TX 78201-6512 |
| 103801 | Fasteners For Retail In | S167 Dorthy Thomas | 7403 Phillips Highway | Jacksonville, FL 32256 |
| 704491 | Save On Mail Presort Inc | S155 Chief Financial Officer | 28900 Fountain Pkwy | Chargin, OH 44022 |
|  |  | S152 Hans Lee | 4747 Irving Blvd., Ste 238 | Jacksonville, FL 75147 |
| 100520 | Medline Ind. | S152 Chief Financial Officer | 1200 TOWN LINE RD | MUNDELEIN, IL 60060 |
| 704703 | Eis Communications | S146 Gary Stewart | Electrical & Instrumental Sales Corp. 4159 S. 88th Ave. | Tulsa, OK 74145 |
| 103202 | Desco Mfg Co. | S144 Chief Financial Officer | 3088 VIA COMERCIO | RANCHO SANTA MARGARI, CA |
| 805582 | Uline Shipping Supply | S142 Chief Financial Officer | 2200 S. Lakeside Dr. | Waukegan, IL 60085-8361 |
| 303355 | Record Herald | S140 Chief Financial Officer | 138 S. FAYETTE ST | WASHINGTON CH, OH 43160 |
| 700579 | Advantis Business Service | S137 Chief Financial Officer | 501 Corr Rd. | Wilimngton, DE 19889-2863 |
| 701587 | Hawks Inter-State | S135 Brul Hawls | 814 N. Main St | Wichita, KS 67203 |
| 701854 | Krause Key & Lock | S133 Chief Financial Officer | 4525 HAMPTON AVE. | ST LOUIS, MO 63109 |
| 800120 | Llitie Rock Water Works | S132 Chief Financial Officer | P.O. BOX 8100 | LITTLE ROCK, AR 72203 |
| 704378 | Electronic Claims Processing | S130 Mlke O'Conner | 415 Greenwell Ave | Cincinnati, OH 45238 |
| 805410 | Tapper Business Supplies | S130 Chief Financial Officer | %CORPORATE EXPRESS, INC., 35 MELANIE LANE | WHIPPANY, NJ 07981 |
| 700268 | Occupational Health Centers | S120 Ken Robinson | 5080 Spectrum Dr., Ste 400 W. Tower | Dallas, TX 75248 |
| 704093 | J D Distributing | S120 Dave Derickson | 5906 Highway 15 | Belleville, IL 62223 |
| 802660 | GTE Central/Gte Florida/Gte Sw | S119 Chief Financial Officer | %ANDERSON FINANCIAL NET/GTE ; 404 BROCK DR | BLOOMINGTON, IL 61701 |
| 101082 | Cg Alza Compare Generiks, Inc. | S114 Michael A Lutkin | 750 Lexington Avenue; Suite 2750 | New York, NY 10022 |
| 700703 | Arlington Disposal Co | S108 Bou Duncan | 1212 Harrison Ave. | Arlington, TX 76011 |
| 702750 | Staffing Consultants inc | S108 Chief Financial Officer | 55 E. MONROE | CHICAGO, IL 60603 |
| 700162 | American Business Credit Corp. | S107 Chief Financial Officer | P.O. Box 73939 | Chicago, IL 60673 |
| 704690 | Altima Journal And Constitution | S102 Chief Financial Officer | P.O. Box 105375 | Atlanta, GA 30348 |
| 801007 | Acton Welding Supply | S97 Chief Financial Officer | P.O. BOX 37089 | JACKSONVILLE, FL 32236 |
| 804819 | Radiofone | S95 Chief Financial Officer | PO BOX 6228 | METAIRIE, LA 70009 |
| 703386 | Simplex Time Recorder Co. | S90 Chief Financial Officer | Dept CN 10320 | Palume, IL 60055 |
| 701333 | Eveslant Lock & Safe Co. | S89 Chief Financial Officer | 12 NORTH MAPLE AVENUE | MARLTON, NJ 08053 |
| 801332 | Bell Atlantic-New Jersey | S84 Denn Hull | P.O. Box 388 | Fairlawn, NJ 07410 |
| 801389 | Cartoonic Industries Corp. | S84 Chief Financial Officer | P.O. BOX 102551 | ATLANTA, GA 30368 |
| 701773 | Johns & Sons Plumbing | S6S Carlos Johnson | 868 Ormewood Ave. | Atlanta, GA 30316 |

| 802431 | First Aid Express | $57 Chief Financial Officer | POB 333 713 HADDON AVE | COLLINGSWOOD, NJ 08108 |
| 702995 | WJS Enterprises, Inc | $56 Cy Hoscl | 3315 Ridgedale Dr. | New Orleans, La 70002 |
| 800907 | Union Bus Station | $56 Chief Financial Officer | 427 W SHERIDAN | OKLAHOMA CITY, OK 73102 |
| 801656 | Century Telephone Of Wisconsin | $56 Chief Financial Officer | P.O. BOX 820 | LA ACROSSE, WI 54602 |
| 800855 | PC Tech | $52 Chief Financial Officer | 1401 S MERIDIAN AVE | OKLAHOMA CITY, OK 73108 |
| 801299 | Atlanta Gas Light Company | $41 Chief Financial Officer | P.O. BOX 4569 | ATLANTA, GA 30302 |
| 801309 | Bay State Gas Company | $34 Chief Financial Officer | 2025 ROOSEVELT AVE. | SPRINGFIELD, MA 01102 |
| 804926 | Ronco Engineering Sales | $33 Chief Financial Officer | P.O. BOX 889 | WINONA, MN 55987 |
| 803191 | Lactede Gas | $27 D Declue | 720 Olive Street; Room 1215 | St. Louis, MO 63101 |
| 809931 | TMC's Maize Hardware | $25 Chief Financial Officer | PO BOX 316 | MAIZE, KS 6701 |
| 809646 | Plant City Pharmacy | $15 Chief Financial Officer | 227 W. Alexander Dr. | Plant City, FL 33563-7158 |
| 101028 | Florida Orthopedics | $8 Chief Financial Officer | P.O. BOX 5380 | MIAMI LAKES, FL 33014 |
| 808308 | Drugs Rx II | $3 Chief Financial Officer | P.O. BOX 830725 | RICHARDSON, TX 75083 |
| PR474 | Preventative Dental Prod Co | $3 Chief Financial Officer | 3347 INDUSTRIAL COURT SUITE F | SAN DIEGO, CA 92121 |

$2,278,441

# EXHIBIT B

8655 E. Via de Ventura - Suite G244
Scottsdale, Arizona 85258
Tel: (602) 502-6173\
Fax (602) 852-9076

**FoxMeyer
Companies
Chapter 7 Estate**

## SUPPLEMENTAL INFORMATION

Name of Company to which distribution should be made:

_____

Address of
Company:_____

_____

Name of Person to whom distribution should be sent:

_____

Telephone Number of such person: _____

Fax Number of such person:_____

Tax ID Number of Company: _____

When the above information is completed, please fax it to me at 602-852-9076. If you have
any questions, call me at 602-502-6173.

BART A. BROWN, JR., Chapter 7 Trustee

BAB:pd

Attachment

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FOXMEYER CORPORATION, | ) | Case Nos. 96-1329 (MBM) |
| FOXMEYER DRUG COMPANY, | ) | through 96-1334 (MBM) |
| HEALTHCARE TRANSPORTATION | ) | |
| SYSTEM, INC., | ) | (Jointly Administered) |
| MERCHANDISE COORDINATOR SERVICES | ) | |
| CORPORATION, | ) | Chapter 7 |
| FOXMEYER SOFTWARE, INC., | ) | |
| HEALTH MART, INC., | ) | Reference Docket No. |
| | ) | |
| Debtors. | ) | |

## ORDER APPROVING AMENDED MOTION OF BART A. BROWN, JR., CHAPTER 7 TRUSTEE TO PAY UNCLAIMED FUNDS TO THE UNITED STATES TRUSTEE FOR THE BENEFIT OF MISSING CLAIMANTS

AND NOW, this _____ day of November, 2004, having considered the *Amended Motion of Bart A. Brown, Jr., Chapter 7 Trustee to Pay Unclaimed Funds to the United States Trustee for the Benefit of Missing Claimants* (the "Motion"), and it appearing that good cause exists for granting the Motion; it is hereby

ORDERED that each Claimant has until December 31, 2004 to contact the Chapter 7 Trustee about their allowed Claim and complete and return the Supplemental Information form, attached to the Motion as Exhibit B; and it is further

ORDERED that after December 31, 2004, the Chapter 7 Trustee shall file a report with the U.S. Bankruptcy Court which shall show which Claimants were found and received their distribution and which Claimants did not complete the Supplemental Information form and return it to the Chapter 7 Trustee by December 31, 2004. The report shall also set forth the amount of unclaimed funds which shall be remitted to the U.S. Trustee; and it is further

ORDERED that after filing his report with the U.S. Bankruptcy Court, the Chapter 7 Trustee shall remit to the Office of the U.S. Trustee, for the benefit of the referenced Claimants listed on Exhibit A to the Motion, the distribution that each Claimant would be entitled to receive on account of its pro rata share of the unclaimed funds based upon the distribution level approved by the Court for holders of allowed unsecured claims; and it is further

ORDERED that the Office of the U.S. Trustee shall hold and/or distribute the funds for the benefit of the Claimants until June 30, 2005, and thereafter deposit such remaining funds with the Court in accordance with applicable bankruptcy law.

 

 

_____
THE HONORABLE M. BRUCE McCULLOUGH
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and on November 3, 2004, I caused the foregoing *Amended Motion of Bart A. Brown, Jr., Chapter 7 Trustee to Pay Unclaimed Funds to the United States Trustee for the Benefit of Missing Claimants* to be served upon those person appearing on the attached list, via U.S. First Class Mail.

Under penalty of perjury, I certify the foregoing to be true and correct.

CELESTE A. HARTMAN

Howard W. Schub, Esquire
Counsel for Chapter 7 Trustee
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

Joseph S. Sisca, Esquire
Counsel to U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Mr. Bart A. Brown, Jr.
Chapter 7 Trustee
8655 E. Via de Ventura, Suite G-244
Scottsdale, AZ 85258

Steven J. Reisman, Esquire
Counsel to Thompson Medical Co.
Curtis Mallet-Prevost Colt & Mosle
101 Park Avenue, 38th Floor
New York NY 10178-0061

Jane T. Fitzpatrick, Esquire
Unisys Corporation
PO Box 500 M/S E8-108
Blue Bell PA 19424

Stephen J. Blauner, Esquire
Cynthia Cunningham, Esquire
Counsel for Goldman Sachs
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York NY 10005

Steven N. Cousins, Esuire
J. Talbot Sant, Jr., Esquire
Counsel for Bayer Corporation
Armstrong, Teasdale, Schlafly & Davis
One Metropolitan Square, Suite 2600
St. Louis, MO 63102

Kevin K. Haah, Esquire
Counsel to PDI Enterprises, Inc.
Law Offices of Kevin K. Haah
3530 Wilshire Blvd., Suite 1850
Beverly Hills, CA 90010

William Mellin
Farallon Capital Management
One Maritiem Plaza
Suite 1325
San Francisco CA 94111

Mr. Matthew Barrett
Kenneth Liang, Esq.
Oaktree Capital Management
333 South Grand Avenue, 28th Floor
Los Angeles, California 90071

John Barber
Smithkline Beecham
3 Franklin Plaza
1600 Vine Street
Philadelphia, PA 19101

Michael Halliday, Esquire
Counsel to Loomco International
Halliday & Halliday
273 Main Street
Greenville, PA 16125

Bruce M. Gack, Esquire
The Kroger Company
 Law Department
1014 Vine Street
Cincinnati OH 45202

Cecil E. Merkel, Esquire
Represents South Central Business Forms
Merkel Chartered
360 Wagon Wheel
Wichita, KS 67209-1332

Martin J. Weiss, Esquire
Counsel for Merck & Co., Inc.
Dilworth Paxson LLP
1735 Market Street, Suite 3200
Philadelphia PA 19103

William N. Scarff, Esquire
Allergan Inc.
2525 Dupont Drive
Irvine CA 92612

Samuel C. Wisotzkey, Esquire
Kohner, Mann & Kailas, S.C.
Counsel for MediSense Products, f/k/a MediSense, Inc
1572 E Capitol Drive
P.O. Box 11982
Milwaukee, WI 53211-0982

Flora A. Fearon, Esquire
Counsel for Comptroller
Office of TX Atty General
Bankruptcy & Collections Division
PO Box 12548, MC008
Austin TX 78711-2548

David Murray, Esquire
Astra/Zeneca, Inc.
Legal Department
PO Box 15437
Wilmington DE 19850-5437

E. Rebecca Case, Esquire
Fee Auditor
Stone, Leyton & Gershman,
A Professional Corporation
7733 Forsyth Boulevard, Suite 500
St. Louis, MO 63105

Michael Kip Maly
Counsel to GECC
Winston & Strawn
101 California Street, $3900
San Francisco, California 94111

Kevin K. Haah, Esquire
Law Offices of Kevin K. Haah
3530 Wilshire Blvd., Suite 1850
Los Angeles, CA 90010

Loreen M. Robinson, Esquire
Counsel for Cleveland Bakers &
Teamsters Pension Fund
Faulkner Muskovitz & Phillips, LLP
820 West Superior Avenue, 9th Floor
Cleveland, OH 44113-1800

Wesley N. Fach, Esquire
Counsel for SICOR Pharmaceuticals, Inc.
19 Hughes
Irvine, CA 92618

Pauline Morgan, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

David Shiffman, Esquire
Sidley & Austin
One First Nations Plaza, Suite 4500
Chicago, IL 60603

Stephen E. Jenkins, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

Mark Minuti, Esquire
Tara Lattomus, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Richard Heirsteiner, Esquire
Counsel for Genzyme Corporation
Palmer & Dodge, LLP
111 Huntington, Avenue, 19th Floor
Boston, MA 02199-7613

Gretchen M. Santamour, Esquire
Counsel for Bausch & Lomb
Wolf Block
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

Peter A. Chapman
BCSI
572 Fernwood Lane
Fairless Hills, PA 19030

Statutory Liquidator of Reliance
Insurance Company
P.O.Box 13527
Philadelphia, PA 19101

Marilyn K. Kincaid, Esquire
Reliance Insurance Company
(in Liquidation)
Three Parkway
Philadelphia, PA 19102

Jay Carp, Esquire
Gulf Insurance Group
One State Street Plaza, 9th Floor
New York, NY 10004

Ann B. Laupheimer
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Enron North America Corp
Attn: General Counsel 4HC7.325
4 Houston Center
1221 Lamar Street, Suite 1600
Houston, TX 77010

Michael R. Goodstein, Esquire
Bailey Cavalieri LLC
One Columbus
10 W. Broad Street, Suite 2100
Columbus, OH 43215-3422

Charlene Davis, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
PO Box 25130
Wilmington, DE 19899

Sylvia C. Serrano
1565 Hotel Circle South, # 310
San Diego, CA   92108

CGI aka Compare Generiks, Inc.
Michael A Lulkin
750 Lexington Avenue; Suite 2750
New York, NY 10022


Staffing Consultants Inc
Chief Financial Officer
55 E Monroe
Chicago, IL 60603


Atlanta Journal And Constitution
Chief Financial Officer
P O Box 105375
Atlanta, GA 30348


Radiofone
Chief Financial Officer
PO BoX 6228
METAIRIE, LA 70009


Evesham Lock & Safe Co.
Chief Financial Officer
12 North Maple Avenue
Marlton, NJ 08053


Carbonic Industries Corp.
Chief Financial Officer
P O. BOX 102551
ATLANTA, GA 30368


First Aid Express
Chief Financial Officer
POB 333 713 Haddon Ave
Collingswood, NJ 08108


Arlington Disposal Co
Bob Duncan
1212 Harrison Ave.
Arlington, TX 76011


American Business Credit Corp.
Chief Financial Officer
P.O Box 73939
Chicago, IL 60673


Action Welding Supply
Chief Financial Officer
P O Box 37089
Jacksonville, FL 32236


Simplex Time Recorder Co
Chief Financial Officer
Dept Ch 10320
Palatine, IL 60055


Bell Atlantic-New Jersey
Debra Hull
P O. Box 588
Fairlawn, NJ 07410


Johnsa & Sons Plumbing
Carlos Johnson
868 Ormewood Ave.
Atlanta, GA 30316


WJS Enterprises, Inc
Cy Hosch
3315 Ridgelake Dr.
New Orleans, La 70002

Union Bus Station
Chief Financial Officer
427 W Sheridan
Oklahoma City, OK  73102

PC Tech
Chief Financial Officer
1401 S Meridian Ave
Oklahoma City, OK  73108

Bay State Gas Company
Chief Financial Officer
2025 Roosevelt Ave
Springfield, MA  01102

Laclede Gas
D Declue
720 Olive Street; Room 1215
St Louis, MO  63101

Plant City Pharmacy
Chief Financial Officer
227 W Alexander Dr
Plant City, FL  33563-7158

Drugs Rx II
Chief Financial Officer
P O Box 83072s
Richardson, TX  75083

Moore Group Service Bvba
John Chilcott
1100 Main Street
Buffalo, NY  14209

Century Telephone Of Wisconsin
Chief Financial Officer
P.O Box 820
La Crosse, WI  54602

Atlanta Gas Light Company
Chief Financial Officer
P O Box 4569
Atlanta, GA  30302

Ronco Engineering Sales
Chief Financial Officer
P.O Box 889
Winona, MN  55987

TMC's Maize Hardware
Chief Financial Officer
PO Box 316
Maize, KS  67101

Florida Orthopedics
Chief Financial Officer
P.O Box 5380
Miami Lakes, FL  33014

Preventative Dental Prod Co
Chief Financial Officer
3347 Industrial Court Suite F
San Diego, CA  92121

Baco Drug Center Inc
Chief Financial Officer
P.O Box 7469
Caguas, PR  00726

Chiron Therapeutics
Adam Lewis
425 Market Street
San Francisco, CA  94105

Acme Frame, An American
Norman R Comiskey
One American Road
Cleveland, OH  44144

Bay Networks
Dave Rynne
2465 Mission College Blvd.
Santa Clara, CA  95054-1214

Alberto Culver Co
Karen Bifferato
1220 Market Street, P.O. Box 2207
Wilmington, DE  19899

Elmer's Products Inc.
Chief Financial Officer
PO BOX 951101
DALLAS, TX  75395

Pentech International Inc.
Chief Financial Officer
195 CARTER DR.
EDISON, NJ  08817

Noma Christmas
Rich Bodenheimer
450 E. DEVON AVE  ; SUITE 300
ITASCA, IL  60143

TU Electric
Chief Financial Officer
P.O. BOX 661100
DALLAS, TX  75266

Inwood Labs Inc
Chief Financial Officer
500 Commack Rd
Commack, NY  11725

US Bioscience, Inc
Chief Financial Officer
35 W Watkins Mill RD
Gaithersurg, MD  20878-4021

Reckitt & Colman
Gerald Stepien
1655 Valley Road
Wayne, NJ  07474

Corning Consumer Products Co
James W. Wheat
MP-AY-02
CORNING, NY  14831

Megas Beauty Care Inc.
Chief Financial Officer
ROUTE 612
VERONA, VA  24782

Data Documents
Rich Egan
4205 S. 96th Street
Omaha, NE  61827

Qualex, Inc
Nancy Williams
3404 N. DUKE STREET
DURHAM, NC 27704

Genderm Health Care
Mark Prygocki
4343 Camelback Rd
Phoenix, AZ 85018

Panama Jack
Frank Gelinas
4501 S W. 34th Street
Orlando, FL 32811

Anacomp
Don Biles
6821 Hillsdale Ct
Indianapolis, IN 46250-2039

GE Information Services
Pat McVey
426 W. Lancaster
Deven, PA 19333

US Cargo & Courier
Lynn Smith
P O Box 2948
Columbus, OH 43216

Dow Hickam Pharm, Inc
Bill Richardson
P.O. Box 200144
Houston, TX 77216

Corporate Computer Solutions
Chief Financial Officer
830 Central Pkwy E #300
Plano, TX 75074

Bordens Chemical
Chief Financial Officer
12777 Jones Rd #255
Houston, TX 77070-4689

Lamaur
Chief Financial Officer
5601 East River Road
Fridley, MN 55432

Thompson Medical
Steven Reisman, Esq.
101 Park Avenue
New York, NY 10178

Alra Labs
Raj Bhutani
3850 Clearview Ct
Gurnee, IL 60031

Lepages, Inc.
Chief Financial Officer
PO Box 640321
Pittsburgh, PA 15264

National Paper & Pkging
Robert Folland
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1216

Triad Data
Robert Fischer
515 Madison Avenue, Suite 1810
New York, NY  10022

Sunsource International Inc.
Chief Financial Officer
C/O 1ST Southern Bank
9955 Glades Road
Boca Raton, FL  33434

Can-Am Care Corp
Paul Hempel
51 Sawyer Road, Suite 200,
c/o Inverness Medical Technology, Inc.
Waltham, MA  02453-3448

ABF Freight System, Inc.
Chief Financial Officer
P.O. Box 10048
Fort Smith, AR  72917

Remington
Frank O'neil
Dept 725
Cincinnati, OH  45269

New Land N Sales & Marketing
Chief Financial Officer
PO BOX 509
1663 Republic Road
Huntingdon Valley, PA  19006

Imed Corporation
Chief Financial Officer
P.O. Box 100226
Atlanta, GA  30384

Locke Purnell Rain Harrell
Dick Woodmansee
2200 Ross Avenue
Suite #2200
Dallas, TX  75201-6776

First Years, Inc.
American Credit Indemnity as Agent
100 E. Pratt Street; 5th Floor
Baltimore, MD  21202

Welsch-Waymar Co., Inc.
Eugene Bachtle
134 Maple Leaf CT
Glassboro, NJ  08028

Alk Laboratories
Bill Raffone
27 Village Lane
Wallingford, CT  06492

Creditor's Staffing Service,
Chief Financial Officer
14643 Dallas Parkway; Suite 920
Dallas, TX  75240

Data Connection Inc
David Crystal
903 N. Bowser, Ste 200
Richardson, TX  75081

Geo Zoltan Lefton Co.
Chief Financial Officer
3622 S. Morgan Street
Chicago, IL  60609

Walker Corp.
Chief Financial Officer
100 Airport Rd Bldg 1
Elkton, MD 21922

Palm Beach Beauty Products
C A Johnson
950 Xenia Ave South
Minneapolis, MN 55416

Singer Retail Mktg Services
Chief Financial Officer
4200 Fulton Industrial Blvd.
Atlanta, GA 30336

Dow Jones Info Services
Nancy Ruffner
84 2nd Ave.
Chicopee, Ma 01020

Pitney Bowes-Ky
Murray Reichenstein
1 Elm Crost Road
Stanford, CT 06926-0700

Principal Mutual Life Insurance
Mike Gershie
711 High St.
Des Moines, IA 50392

Now Courier, Inc
Robert Halkford
95 Washington St
Foxboro, MA 02035

Signature Corporation
Chief Financial Officer
3001-F Lincoln Drive West
Marlton, NJ 08053

Viking Freight, Inc.
Al Meluskey
6411 Guadalupe Mines Rd.
San Jose, CA 95164-9002

Fox Run Craftsmen
Chief Financial Officer
PO BOX 2727
1907 Stout Drive
Ivyland, PA 18974

Genesis Products
Chief Financial Officer
560 Sylvan Ave
Englewood Clif, NJ 07632

Ralston Purina Company
Steve Egley
2B Checkerboard Square
St. Louis, MO 63164

Wm. Wrigley Jr. Co.
Alan J. Schneider
410 North Michigan Avenue
Chicago, IL 60611

Uarco
Jane Wahl
700 West Main Street
Barrington, IL 60010

Sunbeam
Russel Kersh
1615 S. Congress Avenue, Suite 200
Delrey Beach, FL 33445

Vanstar
Chief Financial Officer
PO Box 7777-W4310
Philadelphia, PA 19175-4310

Rayovac Corporation
Chief Financial Officer
601 RAYOVAC DRIVE
MADISON, WI 53711

Ceridian
Judy Elsberg
7200 Wisconsin Ave; Suite 710
Bethesda, MD 20814

EJ Enterprises
Chief Financial Officer
15736 Valley Blvd.
City of Industry, CA 91744-3927

Federal Express Corporation
Charlene Davis
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19801

Trans-General Service Co
Jerry Mallen
P.O. Box 535061
Pittsburgh, PA 15253

Optiva Corporation
American Credit Indemnity as Agent
100 E. Pratt Street, 5th Floor
Baltimore, MD 21202

Nexstar Pharmaceuticals, I
Tonny Ho
787 Seventh Avenue
New York, NY 10019-6099

Anixter, Inc.
Traci Florio
4711 Golf Road
Skokie, IL 60076

General Time Corporation
Christopher D Mazur
520 Guthridge Ct.
Norcross, GA 30092-3503

Ultracare, Inc.
Chief Financial Officer
Ralph Esterman 58 Norfolk Ave
S. Easton, MA 02375

Manpower International Inc.
Marty Kline
1801 Market St., Ste. 615
Philadelphia, Pa 19103

Geritrex Corp
Edward Sperling
2 East Sandford Blvd.
Mount Vernon, NY 10550

Monarch Marking Systems, Inc.
Chief Financial Officer
Attn: Paula Henry
P.O. Box 608
Dayton, OH 45401

Corestaff Staffing Service
Leon Rhodes
8300 FM 1960 West, Suite 250
Houston, TX 77070

Pedinol Pharmacal, Inc
Bonnie Pollack
190 Willis Ave
Mineola, NY 11501

On Track
Chief Financial Officer
6321 Bury Drive Suite 13-21
Eden Prairie, MN 55346

Trane Chicago Service
Mike Gogola
235 Fencl Lane
Hillside, IL 60162

nland Paperboard & Packaging
Steve Rutledge
4030 Vincennes Road
Indianapolis, IN 46268

Pro Med Pharm Supplies
Chief Financial Officer
2345 Academy Place, Suite 111
Colorado Springs, CO 80909

Med-Derm, Inc
Don Kilday
P.O. Box 5193
Kingsport, TN 37663

Pentel Of America Ltd.
2805 Columbia
Torrence, CA 90509

Neuman Distributors, Inc
Phil Piscopo
250 Moonachie Rd
Moonachie, NJ 07074

Automotive Rentals
Dan Willard
9000 Midlantic Drive
Mt. Laurel, NJ 08054

Sarah Michaels
Chief Financial Officer
PO Box 450
Stoughton, MA 02072
I

GE Capital Modular Space
Pat McVey
426 W. Lancastar
Deven, PA 19333

Jani-King-Co/St. Louis
Jane Taylor
4535 Sunbelt Dr.
Addison, TX 75001-5204

Fiskars Inc
Chief Financial Officer
Power Sentry Division Drawer No 726
Milwaukee, WI 53728

Scott Paper Company
Jim Oberstein
c/o Kimberly Clark, 520 W Summit Hill Dr
Knoxville, TN 37902

NCR Corporation
Chief Financial Officer
fka AT&T Global Info. Solutions ;
P O Box 365
Dayton, OH 45409

American White Cross Inc.
John Lefebvre
349 Lake Rd
Dayville, CT 06241

Waste Management, Inc
Don Chappel
3003 Butterfield Rd.
Oak Brook, IL 60523

Napacs
Chief Financial Officer
710 North Watson
Arlington, TX 76011

Clown Alley
Chief Financial Officer
5612 Carthage Avenue
Cincinnati, OH 45212

Legal Source Connections
Ray McDaniels
c/o Special Counsel-Amicus Signature Center #425,
1900 Church St.
Nashville, TN 37203

Guardian Products, Inc
Mary Kay Sheeler
c/o SunMed Products, 100 DeVilbiss Dr
Somerset, PA 15501-0635

Prime Industrial
Chief Financial Officer
710 N Mattis Ave
Champaign, IL 61821-2450

JWI (Jeffrey Watters)
C. Mandryk
607 Grimsworth Ct
Allen, TX 75002

Hirsch Industries, Inc.
Chief Financial Officer
4912 W Broad Street
Richmond, VA 23230

Happiness Express Inc.
Chief Financial Officer
1107 Broadway, RM 1310
New York, NY 10010

O-Cedar Vining
Chief Financial Officer
Household Products Co Dept 805
Columbus, OH 43265

Polar Water
Joe Zepan
45 W. Noblestown Road
Carnegie, PA  15106

Worldmark Group, Inc
Richard Houser
P.O. Box 803555
Dallas, TX  75380

Entex Information Services, Inc.
Chief Financial Officer
60 Shawmut Road
Canton, MA  02021

Southwestern Bell
Chief Financial Officer
405 N. Broadway, Room 710-b
Oklahoma City, OK  73102

Carme International, Inc.
Chief Financial Officer
620 Airpark Rd
Napa, CA  94558

Changal/Stanson Marketing Inc.
Chief Financial Officer
% Stanson Marketing, Inc.
2045 Mariposa Avenue
El Segundo, CA  90245

Yellow Freight System, Inc.
Corporate Legal Collections
P.O. Box 7929
Overland Park, KS  66207

Optimox
Paula Horry
P.O. Box 3378
Torrance, CA  90510

La Cima Club
Marjann Marrow
5215 N. O'Connor Rd.
Irving, TX  75039

Northwestern National
Chief Financial Officer
c/o ReliaStar Financial Corp.
20 S. Washington Ave.
Minneapolis, MN  55401-1900

Ablest Service Corp
Mark Kashmanian
45 Anderson Rd.
Cheektowaga, NY  14225

Granutec, Inc.
Chief Financial Officer
4409 NW Airport Drive
Wilson, NC  27896

McCormick
Annette Schoeberlein
18 Loveton Circle
Sparks, MD  21152

Storck USA LP
Chief Financial Officer
Box 70198
Chicago, IL  60673

Sathers, Inc.
Jerry Cozad
P O Box 28
Round Lake, MN 56167


P G & E
Chief Financial Officer
P.O. Box 8329
Stockton, CA 95208


Frick Company
Michael Moore
P.O. Box 283
St Louis, MO 63166


Georgia-Pacific Corporation
Robert Hollis
2871 W. Service Rd
Eagan, MN 55121-1228


Medicine Shoppe Intl

C/O C.L. Pharmacal, Inc.,
P.O. Box 55
Sunset, MA 04683


Excelsior Medical Corp.
Chief Financial Officer
P O Box 299
Long Branch, NJ 07740


Ha-Lo Marketing & Promotions
Greg Kilnea
5800 W. Touhy Ave
Niles, IL 60714


Potter Anderson & Carroon
Laurie Silverstein
Hercules Plaza
P.O. Box 451
Wilmington, DE 19801


Benevia
Chief Financial Officer
5200 Old Orchard Road
Skokie, IL 60077


Prince Of Peace Enterprises
Chief Financial Officer
13120
Spring St., CA 91706-2283


Business World
Jerry Carsile
P.O. Box 34165
Little Rock, AR 72203


RC International
Chief Financial Officer
11222 I Street
Omaha, NE 68137


Southwestern Bell Telephone Co
Chief Financial Officer
One Bell Plaza, Room 1920;
P.O. Box 655521
Dallas, TX 75202


Wakefield Pharmaceutical
Chief Financial Officer
1050 Cambridge Sq, Ste C
Alpharetta, GA 30201

Jasco Products
Linda Magid
311 NW 122nd St.
Oklahoma City, OK  73114-7318

Mannesmann Tally Corporation
Chief Financial Officer
890 E. Higgins Rd
Schaumburg, IL  60173-4799

Entire Computer Supply
Chief Financial Officer
8500W. 95th St
Overland Park, KS  66212-3219

Graham Field
Chief Financial Officer
100 Spence ST.
Bay Shore, NY  11706-2231

Mr. Coffee Incorporated
Chief Financial Officer
Dept. 600-0634;,
P.O. Box 94020
Palatine, IL  60094

Bronco Hi-Lift, Inc
Lane Stevens
12600 E. 38th Avenue
Denver, CO  80239

MCI Telecommunications
Theresa Lyles
100 South Fourth Street, 4th Floor
St. Louis, MO  63102

ACG Green Group
Chief Financial Officer
9770 Bell Ranch Drive
Santa Fe Spring, CA  90670

Ricoh Corporation
John Leitgeb
5 Dedrick Place
West Caldwell, NJ  07006

Macro Computer Products, Inc
Chief Financial Officer
P.O. Box 77183
Detroit, MI  48277

BMC Software, Inc
Bill Austin
2101 City West Blvd
Houston, TX  77042

Dapat Pharmaceuticals
Chief Financial Officer
5040 Linbar Dr Ste 102
Nashville, TN  37211

Fast Industries
Chief Financial Officer
1850 NW 49th St.
Ft Lauderdale, FL  33309-3004

Packer Plastics
Chief Financial Officer
P.O. Box 412536
Kansas City, MO  64141

Mills Morris Business Products
Chief Financial Officer
PO Box 18869
Memphis, TN 38181

Florida Medical Industry
Wayne Freeze
P O Box 493000
Leesburg, FL 34749

Ferrara Pan Candy Company
Chief Financial Officer
C/O Rosman Adjustment Corp.
P O. Box 1247
Northbrook, IL 60065

Requa Inc.
Jay Geils
P O. Box 4008
Greenwich, CT 06830

Admiral Air Express
Chief Financial Officer
P O. Box 66725
Chicago, IL 60666

American Express Travel
Chief Financial Officer
4315 S. 2700 West
Salt Lake City, UT 84184

Amoco Foam Products Co.
Chief Financial Officer
c/o Tenneco Packaging; 777 Wheeling Road
Wheeling, IL 60090

Dow Jones Financial News Wires
Janet Schwartz
P O. Box 300
Princeton, NJ 08543-0300

Brown, Susan R.
Susan Brown
Arbitration and Mediation;
33 Fair Street
Newburyport, MA 01950

Gulf Systems Inc
Chief Financial Officer
PO Box 201693
Houston, TX 77216

A Copy, Incc
Shiela Quirk
c/o Ikon Office Solutions,
755 Winding Brook Drive,
P O. Box 30069
Glastonbury, CT 06033

Welch Equipment Co, Inc
Randy Kingsbury
4925 Nome St.
Denver, CO 80239

Mothers Little Miracle
Chief Financial Officer
930 Indian Peak Road; Suite 215
Rolling Hills Estate, CA 90274

Arister Gifts, Inc.
American Credit Indemnity as Agent
100 E. Pratt Street; 5th Floor
Baltimore, MD 21202

Carey Limo DC Inc
Kat Herbert
1610 Mount Vernon Avenue
Alexandria, VA  22301

Accurate Medical Express
Dwight Hicks
P.O. Box 6902
Richmond, VA  23230

Queen City Group, Inc
Chief Financial Officer
11802 Conrey Rd #200
Cincinnati, OH  45249-1075

Techsys Computer Associates
Robert Chadwell
2777 N Stemmons Freeway 1810
Dallas, TX  75207

Comet Montrose Ltd
American Credit Indemnity as Agent
100 East Pratt Street; 5th Floor
Baltimore, MD  21202

Air Touch Cellular
Financial Services
3349 Michaelson Dr; #100
Irvine, CA  92715

Southland Waste Systems
Alan Harrison
8619 Western Way
Birmingham, Al  32256

Health Care Prod/Hi-Tech
Chief Financial Officer
369 Bayview Avenue
Amityville, NY  11701

Micro Pen Of U.S.A., Inc
Chief Financial Officer
7340 Melrose Street
Buena Park, CA  90621

Burgess, Bette L.
Bette Burgess
240 M ST. SW; #E-510
Washington, DC  20024

Nice-Pak Products, Inc.
Chief Financial Officer
Two Nice Pak Park
Orangeburg, NY  10962

Safeguard Business Systems
D & B Bankruptcy Services
P.O. Box 5126
Timonium, MD  21094

Carey Limo Ny Inc
Rick Anderson
27-10 49th Avenue
Long Island City, NY  11101

Omegacaps Ltd.
Chief Financial Officer
9700 Watson Rd. #520
Crestwood, MO  63126

Eckert Fire Protection, Inc
Donald Eckert
11815 Hwy. Dr., Ste. 600
Cincinnati, Oh 45241

Woodcor America, Inc.
Cedar America
1029 Dublin Road
Columbus, OH 43215

Sharp Personnel Services
Jeff Smith
1938 N. Woodlawn, Ste. 210
Wichita, Ks 67208

Bell Atlantic Nynex Mobile
Chief Financial Officer
P.O. Box 761
Bedminster, NJ 07921

Voss Lighting
Rick Eiland
1001 Enterprise Ave #3
Oklahoma City, OK 73128

Minds Eye
Chief Financial Officer
PO Box 2708
Mento Park, CA 94026

Utah Power And Light
Chief Financial Officer
40 East 100 South
Salt Lake City, UT 84111

Westwood International
Chief Financial Officer
PO Box 5018
Haywood, CA 94540

Northern Labs
Robert Bonk
P.O. Box 850
Manitowoc, WI 54221

Waste Managament - WMAC
Mary Evans
172 98th Avenue
Oakland, CA 94603

Hy-Tape Surgical Products
Kimberly C Smith
772 McLean Avenue
Yonkers, NY 10704

McKeon Products, Inc.
Chief Financial Officer
1560 E. Eleven Mile Road
Madison Heights, MI 48071

Carol Stream Petroleum
Chief Financial Officer
381 E. St. Charles Rd
Carol Stream, IL. 60188

Breckenridge Pharmaceutical
Adam Runsworth
1141 S. Rogers Cir.
Boca Raton, FL. 33487-2789

Denison Pharmaceuticals Inc.
Chief Financial Officer
P.O. Box 1305
Pawtucket, RI  02862

Interim Technologies
Bob Miano
9 Pulito Ave.
Lindhurst, NJ  07071

Spice Market Inc.
Chief Financial Officer
948 Atlantic Ave
Brooklyn, NY  11238-3101

C-Klear Industries Inc.
Maravin L. Jesinoski
P.O. Box 18093
Minneapolis, MN  55418

Dae Julie, Inc
Chief Financial Officer
1665 E. Birchwood
Des Plaines, IL  60018

Vapor Products
David Heaver
7701 Southland Blvd
Orlando, FL  32809-6948

GBA Truck Tire Center
Chief Financial Officer
21W438 North Ave.
Lombard, IL  60148

Respond First Aid Systems
Chief Financial Officer
PO Box 380786
Duncanville, TX  75138

Now Print & Cash & Carry
Chief Financial Officer
4602 Blanco Rd.
San Antonio, TX  78212

Goldmarks, Inc.
Peter H. Armour
212A Packet's Court
Williamsburg, VA  23185

Laura Paige Candy Co.
Chief Financial Officer
124 South Main Street
New City, NY  10956

Work Flow Designs, Inc
Greg Graham
5050 Quorum Dr., Ste. 400
Dallas, Tx  75240

Ranir/Dcp Corporation
Chief Financial Officer
P.O. Box 8547
Grand Rapids, MI  49518

Standard Register
Pete Redding
P.O. Box 1167
Dayton, Oh  45401-1167

A-Action Rental & Sales
Chief Financial Officer
639 Rochester Road
Pittsburgh, PA  15237

Freeman Cosmetics Corp
Brett Saevitzon
1600 S  Anderson Ave
Compton, CA  90220-5004

Computerland
Laurie Sonsalla
2028 Rose Court
La Crosse, WI  54602

Binswanger Glass
Mark Burke
965 Ridge Lake Blvd , Ste  300
Memphis, TN  38120

Enron Capital & Trade
Chief Financial Officer
Resources Corporation
400 Metro Place North
Dublin, OH  43017

International Rotex, Inc.
Chief Financial Officer
c/o Esselte/Rotex;  71 Clinton Road
Garden City, NY  11530

Overall Supply, Inc
Chief Financial Officer
823 East Gate Dr-unit #2
Mt  Laurel, NJ  08054

Jack's Service Company
Chief Financial Officer
4401 SW 23 St
Oklahoma City, OK  73108

Pal-Pak Inc.
Chief Financial Officer
1 New England Avenue
Piscataway, NJ  08855

Gallipot, Inc.
Chief Financial Officer
2020 Silver Bell Road
St  Paul, MN  55122

People's Choice Transportation
Jim Vondreele
5455 E  52nd Ave
Commerce City, Co  80217

EZ Gard Industries Inc.
Chief Financial Officer
5120 Cedar Lake Road
Minneapolis, MN  55416

Page Plus, Inc
John Proctor
4000 N  Classen, Ste  105N
Oklahoma City, Ok  73118

Cap Toys Inc.
Chief Financial Officer
PO Box 1825
Dayton, OH  45401

Yardley Limited Company
Chief Financial Officer
PO Box 92020
Chicago, IL 60675

Greyhound Package Express
Pat Cezar
P.O Box 660362, Mail Station #410
Dallas, TX 75266-0362
Lumex F/W

Chief Financial Officer
81 Spence Street
Bayshore, NY 11706

Airborne Express-WA
Aaron Davis
P.O Box 662
Seattle, WA 98111

J S Express
Mike Diraimondo
4550 Gustine
St. Louis, MO 63116

Medicine Shoppe Intl
C/O Nicklaus Pharmacy, dba Medicine Shoppe,
David Dennis,
13938 Nantucket Avenue
Pickerington, OH 43147

Aeon Box Company
Craig Jarvis
4225 Steve Runnels Blvd.
Norcross, GA 30093

BT Office Products Intl.
Luanne Wilson
P.O. Box 200997
Arlington, TX 76006

Haley Bader & Potts,plc
Cindy Loyd
4350 N. Fairfax Dr., Ste 900
Arlington, VA 22203

Alamo Wood Recycling
Mark Mery
130 La Chapelle Dr.
San Antonio, TX 78204

Filter Fresh
Chief Financial Officer
10427 Gulfdale
San Antonio, TX 78216

Malow Corporation
Chief Financial Officer
1835 S. Nordic Rd
Mount Prospect, IL 60056

Acme Business Products
Preston Anderson
c/o Ikon Office Solutions; 1080 Vend Dr
Bogar, GA 30622

On Line Solutions, Inc
Jenna Fennell
10 H St.
San Rafael, CA 94901

Pittsburgh-Fayette Express
John Prezioso
400 Main St.
Belle Vernon, PA  15012


Alex Lawrie Factors Ltd
Chief Financial Officer
Sea-Band UK Ltd ;
P O  Box 100


Randall-Graw Co., Inc.
Chief Financial Officer
1007 Monitor St
La Crosse, WI  54603-3136


Dispatch Delivery & Storage
RoseMary Flowers
PO Box 25173
Oklahoma City, OK  73112-5638


Cleveland Consolidated
John Cleveland
1281 Fulton Industrial Blvd NW
Atlanta, GA  30336


Resin Partners Inc
Chief Financial Officer
PO Box 67000;  Dept 34101
Detroit, MI  48267


Physician Service Network
Tom Taylor
676 S. Broadway; Suite 205
Akron, OH  44311


Lone Star Gas Co
Susan Larea Lasalle
301 S. Harwood St
Dallas, TX  75201-3711


Dudley Kebow Inc.
Chief Financial Officer
2603 Industry Street;  PO Box 2290
Oceanside, CA  92054


Penske Truck Leasing Co-Tucker, Ga
Frank Cocuzza
P.O. Box 563
Reading, PA  19603


Seatrace Co.
Pam Burgess
P.O  Box 363
Gadsden, AL  35902


Computer Tutors Usa, Corp
Scott Fernback
1242 Timberlane Rd.
Tallahassee, FL  32312


Texas Stadium Corp
Cynthia Smith
2401 E. Airport Freeway
Irving, TX  75062


LCI International/Secr Telecom
Chief Financial Officer
146 New Grange Pass
St Charles, MO  63304

Lucent Technologies, Inc
Chief Financial Officer
One Oak Way
Berkeley Heights, NJ  07922

Moxie's On The River
Brian Allen
1835 Rose Street
La Crosse, WI  54601

Davis & Neusch, Inc
John Davis
600 E. Las Calinas Blvd; #2100
Irving, Tx  75039

Texas Lock & Door Closer
Gene Pittman
1819 West Avenue
San Antonio, TX  78201

Commonwealth Exterminators
Rodney Elmore
PO Box 34742
Richmond, VA  23234

Spontex, Inc
Chief Financial Officer
Drawer Box T5504
Nashville, TN  37244

Joe Esco Tire Company
Joe Esco
605 N. Meridian
Oklahoma City, OK  73107

Pharm. Corp Of America
Chief Financial Officer
12348 Hancock St
Carmel, IN  46032

Platinum Technology
Michael Cullinane
1875 Myers Rd
Oak Brook Terrace, IL  60181

Heran Pharmaceutical, Inc.
Chief Financial Officer
7215 Eckhert Rd
San Antonio, TX  78238

Oklahoma Office System
Chief Financial Officer
POB 270358/33 N Meridian
Oklahoma City, OK  73137

Highwoods Eakin & Smith
John Eakin
2100 W End Ave , Ste 950
Nashville, TN  37203

Lux Products Corporation
Chief Financial Officer
6000I Commerce Parkway
Mt. Laurel, NJ  08054

F And F Dust Control Svc
George French
4523 Hoffman
Little Rock, AR  72209

Tokai Financial Service
Chief Financial Officer
1055 Westlakes Dr.
Berwyn, PA  19312

R & B Lawn And Landscaping
Lee Thomas
1970 S. Vancia St.
Denver, CO  80231

Black Mountain Spring Water
Shahin Tabrizi
1310 El Camino Real
San Carlos, CA  94070-1310

Atlantic Health Group
Perry Berhine
5650 Fulton Industrial Blvd.
Atlanta, GA  30336

Daily Oklahoman
Edward Gaylord
PO Box 25125
Oklahoma City, OK  73125

Kirkman Sales Company
Jim Hall
P.O. Box 1009
Wilsonville, OR  97070

American Stock Exchange
Paul Schackford
86 Trinity Place
New York, NY  10006

Sunmed Service, Inc
Chief Financial Officer
P.O. Box 91246
Chicago, IL  60693

Poly-Vac Company
Chief Financial Officer
5015 14th Street, SW
Canton, OH  44710

Innovative Office Systems
Chief Financial Officer
14875 Landmark Blvd.
Dallas, TX  75240

Ralph Scherer & Sons, Inc
Ralph Scherer
206 Federal St
Pittsburgh, PA  15212

Zephyrhills Spring Water Co
Chief Financial Officer
2000 Westridge Dr.
Irving, TX  75038

All Pro Vending Company
Jamie Simmons
1328 Motor Circle
Dallas, TX  75207

Garvey
Chief Financial Officer
871 Redna Terrace
Cincinnati, OH  45215

Luyties Pharmaceutical Co
Chief Financial Officer
P.O. Box 8080
St. Louis, MO 63156

Decoursey Business System (Icon)
Marylin Corkran
1220 W. Cambridge Cr
Kansas City, KS 66103

Biopractic Group, Inc
Lurae Pallaba
99 Broad St
Phillipsberg, NJ 08865

Holmes
Chief Financial Officer
5762 State Hwy 359
Laredo, TX 78043

Microfacs, Inc.
Chief Financial Officer
3313 Republic Ave.
St. Louis Park, MN 55426

Mack-Pak, Inc
Steve Holland
6614 Maple Ave
Dallas, TX 75235

Page Net
Chief Financial Officer
15303 Dallas Pkwy
Addison, TX 75001-4677

American Red Cross Of Ma
Richard Dashefsky
430 17th Street N.W.
Washington, DC 20006

Builders Square
Chief Financial Officer
100 Crossroads Blvd
San Antonio, TX 78201-6512

Allied Printing Inc
Dorthy Thomas
7403 Phillips Highway
Jacksonville, FL 32256

Fasteners For Retail In.
Chief Financial Officer
28900 Fountain Pkwy
Chargin, OH 44022

Save On Mail Presort Inc
Hank Lee
4747 Irving Blvd., Ste 238
Dallas, TX 75247

Medline Ind.
Chief Financial Officer
1200 Town Line Rd
Mundelein, IL 60060

EIS Communciations
Gary Stewart
Electrical & Instrumental Sales Corp;   4159 S. 88th Ave.
Tulsa, OK 74145

Desco Mfg Co.
Chief Financial Officer
30081 via Comercio
Rancho Santa Margari, CA  92688

Record Herald
Chief Financial Officer
138 S. Fayette St
Washington ch, OH  43160

Hawks Inter-State
Brad Hawks
814 N. Main St
Wichita, KS  67203

Little Rock Water Works
Chief Financial Officer
P.O. Box 8100
Little Rock, AR  72203

Tapper Business Supplies
Chief Financial Officer
%Corporate Express, Inc
35 Melanie Lane
Whippany, NJ  07981

J D Distributing
Dave Derickson
5906 Highway 15
Belleville, IL  62223

Uline Shipping Supply
Chief Financial Officer
2200 S. Lakeside Dr.
Waukegan, IL  60085-8361

Advanta Business Service
Chief Financial Officer
501 Carr Rd
Wilmington, DE  19889-2863

Krause Key & Lock
Chief Financial Officer
4525 Hampton Ave.
St Louis, MO  63109

Electronic Claims Processing
Mike O'Conner
415 Greenwell Ave
Cincinnati, OH  45238

Occupational Health Centers
Keri Robinson
5080 Spectrum Dr., Ste 400 W. Tower
Dallas, TX  75248

GTE Central/Gte Florida/Gte Sw
Chief Financial Officer
%Anderson Financial Net/GTE
404 Brock Dr
Bloomington, IL  61701