## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:      )

**Foxmeyer Corporation**   )  Case # **96-01329-MBM**
         )  Chapter **7**
         )
_____ Debtor(s) _/)

## MOTION FOR ORDER DIRECTING
## PAYMENT OF UNCLAIMED FUNDS

   Now comes the undersigned on behalf of Oak Point Partners, Inc. ("Claimant"), as successor-in-interest to Hechinger Liquidation Trust, to hereby petition the Court to enter an order directing payment of unclaimed funds in the amount of $112.61 paid to the Clerk, United States Bankruptcy Court. In support of this motion, Claimant respectfully represents as follows:

1. A dividend check in said amount of $112.61 was issued by the trustee to Builders Square, creditor in the above referenced case ("Creditor").

2. The dividend check was not negotiated by the creditor. Therefore, the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court.

3. Through a series of transactions in September of 1997, two do-it-yourself companies, Hechinger Company, Inc. and Builders Square, Inc. were merged together under Hechinger Investment Company of Delaware, Inc. ("Hechinger").

4. On June 11, 1999, Hechinger Investment Company of Delaware, Inc. and certain of its subsidiaries, filed for Chapter 11 bankruptcy relief in the United States Bankruptcy Court for the District of Delaware (jointly administered Case Number 99-02261).

5. The Hechinger Liquidation Trust ("Trust") was established under the Revised First Amended Consolidated Plan of Liquidation ("Plan") and Conrad F. Hocking was designated as Liquidating Trustee.

6. On October 7, 2009, Mr. Hocking, in his capacity as Liquidating Trustee, sold the rights to substantially all Hechinger assets, including unclaimed property, to Oak Point Partners, Inc. ("Oak Point"). (see executed Purchase Agreement and Assignment of Claims and Interests between the Hechinger Liquidation Trust and Oak Point).

7. I hereby certify that a true and correct copy of the foregoing MOTION FOR ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS, including all attachments was served upon the U.S. Trustee's Office for the District of Delaware at the following address via U.S. Mail:

> U.S. Trustee for the
> District of Delaware
> 844 King St., Suite 2313
> Lockbox 35
> Wilmington, DE 19801

Wherefore, the Claimant requests that the court issue an order directing the clerk to make disbursement of said unclaimed funds for the benefit of the Creditor and made out to:

> Hechinger Liquidation Trust
> c/o Oak Point Partners, Inc.
> Attn: Eric A. Linn
> 1540 E. Dundee Rd., Suite 240
> Palatine, IL 60074

Respectfully Submitted,

Dated: _10/16/09_     By: _____

Eric A. Linn
President
Oak Point Partners, Inc., *and on behalf of Hechinger Liquidation Trust, under a Limited Power of Attorney Contained in the Enclosed Agreement Between the Parties*

Sworn to and subscribed before me,
State of: _ILLINOIS_ County of _LAKE_
This _16th_ day of _OCTOBER_ , 20 _09_.

_____
Notary Public
My Commission Expires: _1/30/2012_

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2012

| | | | |
|---|---|---|---|
| Airbourne Express - WA | 322.31 | | 6047BK |
| Alamo Wood Recycling | 291.24 | | 6047BK |
| Alex Lawrie Factors Ltd. | 262.12 | | 6047BK |
| Alk Laboratories | 9,163.71 | PAID | 6047BK |
| All Pro Vending Company | 129.44 | | 6047BK |
| Allied Printing Inc. | 108.08 | | 6047BK |
| Allstaff Temporary Service | 68.33 | | 6047BK |
| American Business Credit Corp. | 69.25 | | 6047BK |
| American Express Travel Relate | 985.69 | PAID | 6047BK |
| American Industrial Service | 128.92 | | 6047BK |
| American Red Cross of Ma | 20.51 | | 6047BK |
| American Stock Exchange | 141.09 | | 6047BK |
| Amoco Foam Products Co. | 962.39 | | 6047BK |
| Arlington Disposal Co. | 69.90 | | 6047BK |
| AT & T | 1,001.91 | | 6047BK |
| Atlanta Gas Light Company | 26.54 | | 6047BK |
| Atlanta Journal and Constituti | 66.01 | | 6047BK |
| Atlantic Health Group | 157.27 | | 6047BK |
| Audio Communications Network | 19.34 | | 6047BK |
| Automotive Rentals | 3,230.18 | | 6047BK |
| Bajamar Chemical Co. | 365.31 | | 6047BK |
| Bay Networks | 31,890.78 | PAID | 6047BK |
| Bay State Gas Company | 22.00 | | 6047BK |
| Bell Atlantic Nynex Mobile | 615.49 | PAID | 6047BK |
| Bell Atlantic New Jersey | 54.36 | | 6047BK |
| Benevia | 1,559.10 | | 6047BK |
| Binswanger Glass | 388.32 | | 6047BK |
| Bio Film Inc. | 127.75 | | 6047BK |
| Biopractic Group, Inc. | 121.67 | | 6047BK |
| Black Mountain Spring Water | 157.92 | | 6047BK |
| Breckenridge Pharmaceutical | 546.88 | | 6047BK |
| Bronco Hi-Lift, Inc. | 1,258.80 | | 6047BK |
| Builders Square | 112.61 | | 6047BK |
| Burgess, Bette L. | 783.76 | PAID | 6047BK |
| C & C Laboratories, Inc. | 29.30 | | 6047BK |
| Can-Am Care Corp. | 11,362.89 | | 6047BK |
| Cap Toys, Inc. | 349.49 | | 6047BK |
| Carbonic Industries Corp. | 54.36 | | 6047BK |
| Carol Stream Petroleum | 583.13 | | 6047BK |
| Castlemark Consulting, Inc. | 3,210.93 | | 6047BK |
| Centeon LLC | 13,432.88 | | 6047BK |
| Century Telephone of Wisconsin | 36.24 | | 6047BK |
| Cgi Aka Compare Generiks, Inc. | 73.78 | | 6047BK |
| Changal/Stanson Marketing Inc. | 1,740.97 | | 6047BK |
| Child Care Co. | 750.08 | | 6047BK |
| C-Klear Industries Inc. | 502.23 | | 6047BK |
| Cleveland Consolidated | 226.52 | | 6047BK |
| Clown Alley | 2,127.35 | | 6047BK |
| Commonwealth Exterminators | 186.39 | | 6047BK |
| Computer Tutors USA Corp. | 223.28 | | 6047BK |
| Computerland | 396.09 | | 6047BK |

Page 37



# Oak Point Partners

**1540 E. Dundee Road ♦ Suite 240 ♦ Palatine, IL 60074**

## AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

*I,* **ERIC A. LINN,** *hereby certify that I am President of Oak Point Partners, Inc. ("Oak Point") and that Oak Point is successor in interest to* **Hechinger Investment Company, of Delaware, Inc., et al, a/k/a Builders Square,** *through its Purchase Agreement and Assignment of Claims and Interests dated October 7, 2009 between Oak Point and Conrad F. Hocking, Liquidation Trustee of Hechinger Liquidation Trust. As such, I am entitled to claim funds held by the court in the name of* **Builders Square.**

Dated: ___10/16/09___          By: _____

Eric A. Linn, President, Oak Point Partners, Inc.

# Oak Point Partners

1540 East Dundee Road
Suite 240
Palatine, Illinois 60074
Direct: (847) 577-1269
Cell: (312) 804-0142
Fax: (847) 655-2746
eric@oakpointpartners.com

**Eric Linn**
Partner

**Business Card**                    **Corporate Seal**

*SUBSCRIBED AND SWORN BEFORE ME THIS 16th DAY OF OCTOBER, 2009, TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.*

_____

*Notary Public In and For*

*The State of ILLINOIS County of LAKE*

*My Commission expires on 1/30/2012*

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2012