# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
FOXMEYER CORPORATION  
P.O. BOX 814204  
CARROLLTON, TX 75006  
  **EIN:** 75−2547851  
CARESTREAM  
FOXMEYER ACQUISITION CORP.

**Chapter:** 7

**Case No.:** 96−01329−KJC

## NOTICE OF HEARING

Oak Point Partners, Inc. has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 12/10/09 at 03:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 2/27/09 .

*[signature]*

Clerk of Court

Date: 10/29/09

(VAN−455)