# UNITED STATES BANKRUPTCY COURT
# District of Delaware

| | |
|---|---|
| **In Re:** <br> FOXMEYER CORPORATION <br> P.O. BOX 814204 <br> CARROLLTON, TX 75006 <br>  EIN: 75–2547851 <br> CARESTREAM <br> FOXMEYER ACQUISITION CORP. | **Chapter:** 7 <br><br><br><br> **Case No.:** 96–01329–KJC |

## NOTICE OF HEARING

has been filed.

A hearing regarding Application for the Recovery of Unclaimed Funds is scheduled for 11/2/10 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before .

                                                    David D. Bird <br>
                                                    Clerk of Court

Dated: 9/2/10

(VAN–401)