# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
FOXMEYER CORPORATION
P.O. BOX 814204
CARROLLTON, TX 75006
 **EIN:** 75–2547851
CARESTREAM
FOXMEYER ACQUISITION CORP.

**Chapter:** 7

**Case No.:** 96–01329–KJC

## NOTICE OF HEARING

A hearing regarding Application for Payment of Unclaimed Funds is scheduled for 1/4/11 at 01:30 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 .

David D. Bird
Clerk of Court

Dated: 11/5/10

(VAN–401a)