# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In Re:<br>FOXMEYER CORPORATION<br>P.O. BOX 814204<br>CARROLLTON, TX 75006<br>  EIN: 75–2547851<br>CARESTREAM<br>FOXMEYER ACQUISITION CORP. | Chapter: 7<br><br><br><br>Case No.: 96–01329–KJC |

## NOTICE OF HEARING

Brian J. Dilks has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 9/20/11 at 11:15 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 9/13/11 .

*/s/ David D. Bird*
Clerk of Court

Date: 8/3/11

(VAN–455)

# United States Bankruptcy Court
## District of Delaware

In re:  
FOXMEYER CORPORATION  
    Debtor

Case No. 96-01329-KJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: KenB     Page 1 of 1     Date Rcvd: Aug 03, 2011  
                    Form ID: van455     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2011.
```
db           FOXMEYER CORPORATION,   P.O. BOX 814204,   CARROLLTON, TX   75006
aty         +David M. Friedman,   1633 Broadway,   New York, NY 10019-6708
aty         +Donald J. Detweiler,   Saul Ewing LLP,   222 Delaware Avenue,   P.O. Box 1266,
              Wilmington, DE 19899-1266
aty         +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
              Wilmington, DE 19801-1496
aty         +Jeremy W. Ryan,   Saul Ewing LLP,   222 Delaware Avenue,   Wilmington, DE 19801-1611
aty         +John C. Phillips, Jr,   Phillips, Goldman & Spence,   1200 N. Broom Street,
              Wilmington, DE 19806-4204
aty         +Joseph J. Farnan III, III,   Phillips, Goldman & Spence,   1200 N. Broom Street,
              Wilmington, DE 19806-4204
aty         +Mark Minuti,   Saul Ewing LLP,   222 Delaware Ave, Suite 1200,   P.O. Box 1266,
              Wilmington, DE 19899-1266
aty         +Stephen W. Spence,   Phillips, Goldman & Spence,   1200 N. Broom Street,
              Wilmington, DE 19806-4204
aty         +Thomas L. Ambro,   Richards, Layton & Finger,   P.O. Box 551, One Rodney Square,
              Wilmington, DE 19899-0551
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
ust          Roberta A. DeAngelis Acting United States Trustee
```
                                                                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**                              **Signature:** _Joseph Speetjens_